IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, CHARLES SMITH and DOUGLAS SMITH, individually, and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>COMMISSIONER ROBERT E. CARTER, JR., WILLIAM C. VANNESS, II, M.D., and MONICA GIPSON, R.N., in their official capacities, and WEXFORD OF INDIANA, LLC,<br><br>        Defendants. | Case No. 1:17-cv-289-JMS-MJD |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Michael Ray Stafford, Charles Smith, and Douglas Smith, individually, and class members, by counsel, pursuant to Federal Rule of Civil Procedure 56(a) and S.D. Ind. L.R. 56-1, hereby respectfully move the Court for summary judgment upon their First Amended Complaint for Declaratory and Injunctive Relief [Filing No. 39.]  Plaintiffs incorporate their Brief in Support of Motion for Summary Judgment (hereinafter "Brief") filed in support of this motion, and show the Court as follows:

      1.     Plaintiffs and class members are current and future inmates in the custody of the Indiana Department of Correction ("IDOC") who have been diagnosed, or will be diagnosed, with chronic hepatitis C virus ("HCV").  [Filing No. 154 at 2, 9.]  Defendants maintain policies and practices that deny effective treatment for chronic HCV, and are thus deliberately indifferent to Plaintiffs' and class members' serious medical needs.  Effective treatment of chronic HCV

generally requires treatment with FDA-approved direct-acting antiviral drugs ("DAAs") consistent with the standard of care within the medical community.

2. Plaintiffs allege that Defendants' treatment policies, practices and omissions for inmates with chronic HCV violate the Eighth Amendment to the United States Constitution, the Americans with Disabilities Act, as amended, 42 U.S.C. § 12131 et seq. and the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 791 et seq. Plaintiffs now move for summary judgment on the Eighth Amendment claim against the remaining Defendants, who are officials with the IDOC: Commissioner Robert E. Carter, Jr., Chief Medical Officer William C. VanNess, II, M.D.,[1] and Director of Medical and Clinical Health Services Monica Gipson, R.N.[2]

3. Plaintiffs and class members are entitled to summary judgment on their Eighth Amendment claim for the reasons identified in their First Amended Complaint, Brief and designated evidence. Plaintiffs and class members assert the State Defendants have been deliberately indifferent to their serious medical needs, and thus violate their rights under the Eighth Amendment.

4. In support of this motion, Plaintiffs and class members hereby incorporate and designate as evidence all exhibits to this Motion and documents cited by such exhibits; all documents cited to by the Brief; all exhibits to and documents cited by their Motion for Class Certification and Memorandum in Support of Motion for Class Certification and exhibits

---

[1] Dr. VanNess has been automatically substituted for former Chief Medical Officer Michael Mitcheff, M.D., pursuant to Fed. R. Civ. P. 25(d).

[2] Multiple Defendants have been dismissed [Filing No. 161], and a settlement agreement has been reached with the only other remaining Defendant, Wexford of Indiana, LLC, whose Motion for Approval of Class Action Settlement Agreement is pending. [Filing No. 158.] Additionally, the individual capacity claims against Dr. Mitcheff and Nurse Gipson have been resolved. [Filing No. 142.] Accordingly, aside from the claims against Wexford which are the subject of its motion for approval, only the official capacity claims against the state officials remain.

thereto [Filing Nos. 99, 100, 100-1 through 100-11]; all evidence designated by any Defendant in response to this motion or in support of their own motion for summary judgment; all evidence designated by Plaintiffs in response to the summary judgment motion of any Defendant; all pleadings in this matter; all documents cited to in all pleadings; including, without limitation, the following exhibits and the documents cited to by such exhibits:

1. Second Declaration of Raj Vuppalanchi, MBBS, and exhibits thereto (including the Expert Report of Raj Vuppalanchi, MBBS, and Dr. Vuppalanchi's curriculum vitae) [Filing No. 166-1];

2. Declaration of Suthat Liangpunsakul, M.D., M.P.H., and exhibits thereto (including the Expert Report of Suthat Liangpunsakul, M.D., and Dr. Liangpunsakul's curriculum vitae) [Filing No. 166-2];

3. Excerpt from hcvguidelines.org (AASLD-IDSA HCV Guidance-203-When in Whom) [Filing No. 166-3];[3]

4. The transcript of the deposition of Raj Vuppalanchi, MBBS, and exhibits thereto [Filing No. 166-4];

5. Excerpts from contract between IDOC and Wexford of Indiana, LLC [Filing No. 166-5];

6. Health Care Services Directive 3.09 (January 1, 2018) [Filing No. 166-6] (and the previous version (June 1, 2015) [Filing No. 100-4]);

7. Excerpts from Dr. Fisher PowerPoint (September 2017) [Filing No. 166-7];

---

[3] Also available at https://www.hcvguidelines.org/evaluate/when-whom (last accessed April 12, 2018).

3

       8.      Excerpts of the transcript of the deposition of Neil Fisher, M.D., and exhibits thereto [Filing No. 166-8];

       9.      The transcript of the deposition of William C. VanNess, II, M.D., and exhibits thereto [Filing No. 166-9];

      10.      The transcript of the deposition of Monica Gipson, R.N., and exhibits thereto [Filing No. 166-10];

      11.      Press Release, Indiana Auditor of State, Tera Klutz, "Auditor Klutz: Indiana ends fiscal year with budget surplus, healthy reserves" (July 19, 2017) [Filing No. 166-11];[4]

      12.      Evaluation and Management of Chronic Hepatitis C Virus (HCV) Infection, Federal Bureau of Prisons Clinical Guidance May 2017 (Corrected) ("FBOP Guidance") [Filing No. 166-12]; and

      13.      Declaration of Raj Vuppalanchi, MBBS [Filing No. 100-1].

Wherefore, named Plaintiffs and class members, by counsel, request that the Court grant their Motion for Summary Judgment, and grant them all the relief they seek in their First Amended Complaint and all other appropriate relief.

Respectfully submitted,

*s/ Mark W. Sniderman*                                      *s/ Robert A. Katz*
Mark W. Sniderman                                          Robert A. Katz
SNIDERMAN NGUYEN LLP                         ROBERT H. MCKINNEY SCHOOL OF LAW

*Attorneys for Named Plaintiffs Michael Ray Stafford, Charles Smith and Douglas Smith, and Class Members*

---

[4] Also available at https://calendar.in.gov/site/aos/event/auditor-klutz-indiana-ends-fiscal-year-with-budget-surplus-healthy-reserves/ (last accessed April 12, 2018).

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Plaintiffs' Motion for Summary Judgment* was electronically filed on April 13, 2018.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties and counsel may access this filing through the Court's system.

| | |
|---|---|
| Benjamin M.L. Jones | Douglass R. Bitner |
| Jonathan P. Nagy | Jarrod Alvin Malone |
| Aleksandrina Penkova Pratt | KATZ KORIN CUNNINGHAM |
| Kelly S. Thompson | 334 N. Senate Ave. |
| OFFICE OF THE ATTORNEY GENERAL | Indianapolis, IN  46204 |
| Indiana Government Center South | dbitner@kkclegal.com |
| 302 West Washington Street, Fifth Floor | jmalone@kkclegal.com |
| Indianapolis, IN  46204 | |
| benjamin.jones@atg.in.gov | |
| jonathan.nagy@atg.in.gov | |
| aleksandrina.pratt@atg.in.gov | |
| kelly.thompson@atg.in.gov | |

*s/ Mark W. Sniderman*
Mark W. Sniderman

SNIDERMAN NGUYEN LLP
47 S. Meridian Street, Suite 307
Indianapolis, IN  46204
(317) 361-4700 Tel
(317) 516-6626 Fx