# PROFESSIONAL SERVICES CONTRACT

### EDS # D25-7-8765-DOCMED

This Contract ("this Contract"), entered into by and between the <u>Indiana Department of Correction</u> (the "State") and <u>Wexford of Indiana LLC</u> (the "Contractor"), is executed pursuant to the terms and conditions set forth herein. In consideration of those mutual undertakings and covenants, the parties agree as follows:

**1. Duties of Contractor.** The Contractor shall provide the following services relative to this Contract:

A. The Contractor shall provide comprehensive medical services, including medical, dental, mental health, pharmacy, and addiction recovery services, to offenders at correctional facilities of the Indiana Department of Correction as stipulated in the State's Request for Proposals (RFP) 17-012, attached hereto and incorporated herein as <u>Exhibit A</u>. Contractor shall provide these services according to Contractor's response to RFP 17-012, attached hereto and incorporated herein as <u>Exhibit B</u>, subject to the terms stated herein.

B. The minimum staffing levels for the Contract are set forth in <u>Exhibit C</u>, attached hereto and incorporated by reference. During the term of the Contract, the parties may mutually agree to adjust these staffing levels without amending the Contract, as long as the adjustment is approved in writing by a person or persons designated by the respective leadership of IDOC and Wexford of Indiana, LLC to approve such changes on their behalf.

C. To allow for implementation of services, there shall be a 180 day grace period for Contractor's obligation under the Contract to meet the State's Performance Measures; for Contractor's obligation to minimize backlogs including but not limited to, Sick Call, Screening, Chronic Care, and Dental; for Contractor's obligation to not exceed a 30% staff turnover ratio; and for Contractor's obligation to implement Telehealth, to the extent specified in Contractor's proposal.

D. To allow for implementation of services, the requirement for Contractor to reimburse the IDOC for seat charges and technology fees pursuant to Section 2.4.57 of the RFP shall be waived for the first 180 days of the Contract.

E. To allow for implementation of services, the staffing payback requirement shall be waived for the first 180 days of the Contract. The foregoing notwithstanding, if 85% of the FTE's for staffing are not filled within the first 90 days of the Contract, or the Contractor does not have a candidate in the hiring process to meet 85% of the FTE's, the IDOC shall review progress by Contractor toward meeting the 85% requirement, and if it determines Contractor has not made sufficient progress toward meeting the requirement, this waiver shall be rescinded at 90 days at the sole discretion of the IDOC. As an incentive, in the event the Contractor achieves a backlog of five or less for chronic care at every IDOC facility at any point during a contract year, the threshold for staffing paybacks shall be reduced from 95% to 92.5% for the remainder of that contract year. For purposes of this clause, the State's determination of the number of backlogs shall be dispositive.

F. For purposes of staffing paybacks, by mutual agreement of the parties, a lower level position may temporarily cover for a higher level position (to be paid at lower position salary rates) when the substantive duties of the higher level position can be performed by a lower level position on a temporary basis. For example, the parties may mutually agree that an LPN could cover for an RN (if within licensure) or mid-levels for physicians on a temporary basis. Such agreement shall be on a

**EXHIBIT B: Page 5 of 469**  **Wexford of Indiana LLC**

# RFP 17-012
## TECHNICAL PROPOSAL
## ATTACHMENT F

**Instructions:** Please provide answers in the shaded areas to all questions. Reference all attachments in the shaded area.

*Respondent's Name:*

**Wexford of Indiana, LLC**

### 2.4.1  Scope of Work/General

The Indiana Department of Correction (IDOC) requires the delivery of comprehensive medical services from an organization with the experience, expertise, and resources to provide comprehensive medical services to an expected population ranging between approximately 26,000 and 28,000 offenders over the term of the contract resulting from this RFP.  These offenders are incarcerated in nineteen (19) adult correctional facilities and four (4) juvenile correctional facilities located throughout the State of Indiana.  Re-entry services will also be provided through staffing to assist parolees in nine (9) parole districts in obtaining community based health services, including addiction recovery,  mental health services, and support for chronic conditions.  A complete list of the IDOC correctional facilities along with the offender population of each facility is included in this RFP as ATTACHMENT H.

All IDOC offenders shall have access to health care services to meet their health care needs. The medical services to be provided are comprehensive in scope and are to include, but not be limited to, primary care; nursing services; sick call; infirmary care; hospitalization; emergency care; specialty care; chronic care; long term care; dialysis; hospice/palliative care; dental; optometry/optical; physical and occupational therapy; pharmacy services; laboratory services; mental health; behavioral health; substance abuse/addiction recovery services; medication assisted treatment (MAT) for addiction; electronic medical record management; county jail claims management; healthcare re-entry;  ancillary and support services; supplies and equipment; and administration.

The services provided are to meet or exceed Constitutional and community standards; the standards of the National Commission on Correctional Health Care (NCCHC); the standards of the American Correctional Association (ACA); applicable Indiana statutes (which include, but are not be limited to, IC 11-10-3 et al., and 11-10-4 et al); the applicable policies, procedures, and directives of the State of Indiana regarding the provision of health services to include, but are not limited to, IDOC Health Care Directives (HCSD) attached to this RFP as ATTACHMENT J and ATTACHMENT K;  recommendations of the Center for Disease Control; recommendations of the U.S. Preventive Services Task Force; all federal requirements, including any settlement agreement with the United States Department of Justice (DOJ), any court order applicable to Indiana, and the IPAS Settlement Agreement attached to this RFP as ATTACHMENT L.  State

We have six corporate medical directors on staff, as well as a full-time National Medical Director who ***mentors our site physicians*** to help them optimize their efficiency and outcomes in the correctional environment. These **ACE**s—**A**dvanced **C**linical **E**xperts—are specialists who can provide expert guidance in the fields of cardiology, rheumatology, internal medicine, geriatrics, nephrology, chronic disease, and the treatment of HIV and Hepatitis. Providing our site physicians with this wide variety of educational resources and professional support enables them to make better treatment decisions; and to feel more comfortable in their roles.



On an ongoing basis, Wexford further ***improves physician job satisfaction*** and ***ensures continual professional development*** through training initiatives including the following.

- Immediate access to the latest medical protocols, via Wexford-provided clinical software
- Ad hoc medical training modules including self-study Family Medicine Board Review DVDs from the American Academy of Family Physicians; online/electronic training modules that refresh physicians' knowledge in specific areas of specialty medicine; face-to-face trainings created and provided by Wexford corporate medical directors; UpToDate, VisualDX, and CORR-Educator
- Extensive written clinical protocols
- A media library containing information on numerous clinical topics
- A modified Peer Review process that offers enhanced physician-to-physician learning opportunities

### 2.4.3.2.4. Nursing-Focused Recruitment

> Wexford understands the challenges faced by correctional institutions when recruiting facility staff. While we initially developed the following recruitment programs for nurses, we have since **expanded** them and created and **customized versions for physicians and mid-level practitioners** as well.

Wexford understands the challenges faced by correctional institutions when recruiting facility health care staff. While we initially developed the following recruitment programs for nurses, we have since ***expanded*** them and created and ***customized versions*** for physicians and mid-level practitioners as well.

As a facility's nursing staff is the heart of any clinical unit, Wexford invests a great deal of resources in identifying and recruiting nurses who are skillful and proficient in their delivery of care. In locations that are remote or facing nursing shortages, Wexford Health has utilized a number of creative hiring strategies including, but not limited to, student loan repayment stipends and benefit opt-out options. Each of our strategies offers something different to potential candidates, depending on their individual situation. Through these unique programs, we have been able—and will continue—to supply the appropriate number and quality of

All IDOC juvenile facilities participate in the federal Vaccines for Children program. This program provides all vaccines used in the juvenile settings, including but not limited to HBV, at no cost to the IDOC. The Vendor's personnel must register for this program and adhere to its guidelines including maintaining the proper storage of vaccines and documenting the refrigerator(s) temperature checks and completing required paperwork.

In accordance with state statute, all offenders must be mandatorily screened for HIV and hepatitis C at intake. Management of offenders with HIV or hepatitis will be consistent with IDOC policy and community standards of care. Offenders found to be engaging in intravenous drug use will receive an initial screening of HIV and Hepatitis C. In addition, they will be screened at least once annually (per current Center for Disease Control recommendations) while they are incarcerated at IDOC.

The Vendor is responsible for the pre-assignment medical clearance assessment required for food handlers by IDOC policy.

The Vendor's staff will participate in safety and sanitation inspections required by ACA standards and IDOC policy in accordance with the facility's established procedure and schedule. The health care administrator will verify that the unit is clean and sanitary and measures are taken to ensure the unit is occupationally and environmentally safe.

*The Respondent should respond to this specification with a statement that it agrees to meet and comply with the specification. Respondent should provide a narrative, along with any supporting documentation, of how it proposes to meet this specification.*

## 2.4.19. Infection Control

Wexford agrees to meet and comply with all components of **RFP Specification 2.4.19 Infection Control**.

### SUMMARY — INFECTION CONTROL

- Wexford's comprehensive infection control program stresses the early identification, prevention, and control of infectious diseases. Through the program, we monitor the incidence of diseases; prevent their spread; and transmit reports to appropriate government agencies.
- At each IDOC facility, Wexford will establish an Infection Control Committee; and designate one of our nurses as the site Infection Control Coordinator.
- Wexford will provide both health care and security staff with continuing education on infection control policies and procedures.

Wexford establishes and maintains a comprehensive infection control program at each of the

facilities where we provide services.  Our program stresses the early identification, prevention, and control of infectious diseases.  This focus contributes to the overall quality of patient care by reducing the risk of infection.  It is also crucial to the safety of offenders and staff who live and work in the IDOC facilities.

Our infection control program accomplishes the following tasks.

- Monitors the incidence of infectious and communicable diseases (such as HIV, TB, HCV, HBV, MRSA, varicella, and influenza) as well as sexually transmitted diseases (such as gonorrhea, chlamydia, syphilis, and herpes)
- Prevents the spread of such diseases with strict adherence to the guidelines of the Centers for Disease Control (CDC)
- Complies with Occupational Safety and Health Administration (OSHA) regulations
- Transmits appropriate reports to the State of Indiana and county health departments, as well as outside hospitals/health care delivery facilities
- Reports all subject infections in accordance with applicable laws.

> **Vital components** of Wexford's **infection control** program include the following tasks.
> - Monitoring and management of hospital-acquired infections
> - Pediculosis (body lice)
> - Sterilization and sanitation practices (especially in dental departments)
> - Management of isolation activities
> - Kitchen sanitation (monitored but not managed by Wexford)
> - Sanitation inspections
> - Creation and implementation of appropriate policies and procedures
> - Education and training for both Wexford and IDOC staff

At each IDOC facility, Wexford will establish an Infection Control Committee that meets regularly to provide the Department with activity reports.  We will also designate one of our nurses as the site Infection Control Coordinator.  This individual will be responsible for ***monitoring*** the instance of infectious diseases; ***reporting*** (as necessary) to state and local health departments; ***ensuring*** infectious disease screening is carried out at intake; ***confirming*** that offender patients are followed through chronic/communicable disease clinics; and ***ensuring*** that offenders receive treatment consistent with community standards.

If we diagnose a communicable disease, Wexford will immediately notify the appropriate facility-level and Central Office IDOC personnel.  Our staff will follow appropriate isolation protocols and provide treatment as per CDC guidelines.

Wexford recognizes the importance of ***training both health care and security staff on infection control*** policies and procedures.  We will provide continuing education through the Infection Control Committee as well as through our *Infection Control Manual* (which we will tailor to comply with IDOC policy).  Education and training topics will include, but not be limited to, infectious disease control and prevention; standard precautions; the appropriate use of personal protective equipment such as hepa-masks; standards for bio-hazardous waste disposal; and infection control practices for equipment management.



**Figure 9:** Table of Contents from Wexford's standard Infection Control Manual

*************************************************************************

**ADDED VALUE PROGRAM:**
**InDECS: Infectious Disease Program**

Wexford understands the importance of controlling infectious diseases (IDs) in the correctional setting. We apply a multi-faceted approach to stay up-to-date on pertinent issues in the ID field. In fact, industry auditors have recognized our Hepatitis B, Hepatitis C, and HIV chronic care programs for their educational aspect and completeness.

We maintain that certain crucial steps must be taken for a complex correctional health care program like the IDOC's to be clinically successful, operationally efficient, and cost-effective with regard to ID, chronic care, and episodic conditions such as scabies. We have formalized these steps into our **InDECS—In**fectious **D**isease and **E**pisodic **C**onditions **S**pecialty—program, described below.

The InDECS program involves regular meetings and/or conference calls via telehealth, in which site-level clinicians communicate directly with Wexford's ACE physicians, our two corporate pharmacists, and other specialists regarding patients with ID and/or episodic conditions. Discussion topics include, but are not limited to, the subjects listed below.

- Formulary options for the patient (both pharmaceutical and diagnostic)
- Methods of determining who is ill and needs specialized care
- Treatment planning for diagnosed cases
- Alerts regarding site-specific issues
- Necessary clinical and operational follow-up

For any particularly difficult ID or episodic condition issues that may arise, Dr. Neil Fisher—one of Wexford's Indiana-licensed ACEs and an industry expert on infectious disease—works directly with the site clinicians to resolve the case. The InDECS meetings also serve as opportunities to educate site-level physicians, mid-level practitioners, DONs, and HCAs, as Dr. Fisher and other experts present current research, data, and results for the diseases and conditions that are most relevant to the contract.

For the IDOC contract, Wexford will hold regular InDECS calls for our site-level physicians and other clinical staff, at a frequency to be determined during contract negotiations. These calls will cover a variety of ID and episodic condition topics to include, but not be limited to, Hepatitis C, HIV, scabies, and newer IDs such as Ebola, H1N1, and the Zika virus.

We recognize that the world of infectious disease is evolving. Therefore, Wexford will also collaborate with the IDOC to create any new policies and/or protocols necessitated by future outbreaks, impending issues, etc. Our ACEs—and especially Dr. Fisher and the InDECS team—continually augment their already significant ID experience by staying current through resources such as *MedPage Today* and *Medscape*.

*****************************************************************************

### 2.4.19.1. Tuberculosis Program

Wexford will comply with all protocols outlined in the IDOC's Tuberculosis (TB) Control Program. This includes performing the following screenings at no additional charge to the IDOC or staff members (state or contract).

- Annual TB screenings for all offenders; and all IDOC facility and parole staff
- Annual tuberculosis skin test (TST) for all TST-negative offenders and staff
- Annual symptom screenings for offenders and staff with any history of a positive TST



*"You Call the Shots"* **is one of the CDC's interactive, web-based immunization training courses for the VFC program. It consists of a series of modules that discuss vaccine-preventable diseases and explain the latest recommendations for vaccine use.**

### 2.4.19.2. Immunization Programs

Wexford's Medical Advisory Committee maintains a *Summary of Guideline Recommendations for Periodic Health Examinations* document—including an immunization program—to assist our providers in making clinical decisions regarding the care of their patients. We

base these recommendations on the scientific knowledge presented by the United States Preventive Services Task Force (USPSTF) in their current *Guide to Clinical Preventive Services*.

For the Indiana contract, we will adjust our standard *Summary of Guidelines* to also reflect the recommendations of the Centers for Disease Control and Prevention (CDC); the Advisory Committee on Immunization Practices (ACIP); and IDOC policy. This includes providing influenza vaccinations on an annual basis. (In the event of a national influenza vaccine shortage, Wexford will consult with the IDOC to prioritize who will receive immunization.)

Wexford is familiar with the federal Vaccines for Children (VFC) program, allocated through the Centers for Medicare & Medicaid Services and managed by the CDC. We will support the IDOC's ongoing participation in this program, to obtain ACIP-recommended vaccines (including HBV) for the juvenile population at no cost to the Department.

Wexford will require appropriate staff members to register as participants in the VFC program; and complete all necessary training on the proper storage of vaccines; documentation of refrigerator(s) temperature checks; and the completion of required paperwork.

### 2.4.19.3. HIV and Hepatitis Screening

Wexford will provide all offenders entering the IDOC system with a mandatory HIV and Hepatitis C screenings at intake. Throughout the HIV and/or Hepatitis C patient's incarceration, we will manage him/her in accordance with IDOC policy and community standards of care.

If we discover than an offender is using intravenous drugs, we will provide an initial screening for HIV and Hepatitis C; then continue to screen the offender at least once annually (per Centers for Disease Control recommendations) throughout incarceration.

### 2.4.19.4. Medical Clearance Assessments



For any IDOC offender being considered for a food preparation work assignment, a qualified Wexford clinical staff member will provide a medical clearance assessment, as discussed in **HCSD/JHCSD 2.23 Staff Safety and Food Handlers**. We will complete a *Food Service Medical Exam* form for each offender, providing this documentation to appropriate IDOC staff prior to the offender's placement in a work program.

A Wexford nurse (or provider, if available) will perform the clearance examination, which will include at minimum, the following components.

- Inquiry into the offender's past medical history, history of communicable disease, respiratory problems, cardiac problems, allergies, and back problems

- Questioning the offender on whether s/he has experienced any of the following symptoms within the last 30 days.
    - Vomiting (with or without fever)
    - Diarrhea (with or without fever)

- – Sore throat with fever (temperature at or above 100 °F)
- – Yellow skin coloration (jaundice)
- – Infected wound or boil (on hand, wrist, or other exposed body part)
• Current vital signs, including temperature, blood pressure, and pulse
• Physical exam of the offender, with particular focus on the employee's throat and arms, from elbows to fingertip
• Completion of necessary documentation as well as required entries in the patient's health record

If the offender reports no symptoms and the examination is normal, Wexford will clear him/her for food service duty.  We will refer to Sick Call any offender who reports symptoms or has an abnormal exam or vital signs.

**2.4.27  Pharmacy/Medication Administration**

The Vendor is responsible for all pharmaceuticals.  Routine pharmacy services are to be supplemented by the availability of back-up pharmaceutical service from local pharmacies in the communities near the each facility. The back-up pharmacy may be used to provide medications when the medication is immediately required but is not available within the facility.

The Vendor will supply all medications ordered by providers for use by offenders and adjudicated minors while confined in IDOC facilities. This includes medications obtained from a contract pharmacy, from a local pharmacy, or from a hospital.  Both legend and over the counter medications are included, as long as they are prescribed by Vendor staff and intended for use in the treatment of serious health conditions.

Special Consideration for Hepatitis C Treatment

The Vendor will be responsible for the cost of Hepatitis C treatment including pharmaceuticals. Due to the current high cost of some pharmaceuticals for Hepatitis C treatment, the Vendor shall place $1.5 million in escrow annually budgeted exclusively for Hepatitis C treatment.  If this amount is not spent for Hepatitis C treatment for any year, the balance will be returned to the IDOC by credit memo. Any expenditure of over $1.5 in any year for Hepatitis C treatment must be requested by the CMO and will be the responsibility of the IDOC. It is the desire of IDOC to remain within the 1.5 million dollar budget. The Vendor should provide an excel spread sheet of all HCV treatment and patients which shall be kept current with the clinical data necessary to risk stratify and prioritize treatment. A specialist in infectious disease or hepatology is preferred to assist with prioritization of treatment with the patients in the treatment queue using the FBOP guidelines. Specialty consultation is recommended to prioritize treatment in the Queue

To obtain a discount on such pharmaceuticals, the IDOC is currently exploring the possibility of engaging in 340B Drug Pricing with the University of Illinois in Chicago. This would require an agreement directly between the IDOC and the University of Illinois in Chicago.  If such an agreement is entered into for 340B pricing, the Vendor will allow the IDOC to purchase the pharmaceuticals or otherwise obtain them from the University, agrees to reimburse IDOC for any pharmaceuticals obtained through 340B pricing, or any administrative costs necessary to obtain the 340B pricing. The IDOC may also attempt to negotiate 340B pricing for HIV pharmaceuticals.  If the negotiations fail between the University of Illinois Chicago and IDOC for 340B pricing, the Vendor is strongly encouraged to explore the possibility of accessing the federal 340B drug pricing on its own to treat at least HIV and HCV.

The IDOC does stock a limited number of over-the-counter (OTC) medications for purchase by offenders or adjudicated minors, in facility commissaries for use in self care for non-serious conditions.  The Vendor does not supply the commissary with these medications.  OTC medications used in the treatment of serious medical conditions are supplied by the Vendor

consistent with health care services directives. The list of OTCs which should be available in adult facility commissaries is as follows:

- Balanced liquid antacid
- Prilosec OTC
- An H-2 blocking agent such as Zantac
- Natural fiber Powder (e.g. Metamucil)
- Milk of Magnesia
- Loratidine (generic Claritin)
- Allergy pill such as Chlorpheniramine maleate, (e.g. Chlortrimeton)
- Acetaminophen (e.g. Tylenol) 325 mg
- Aspirin 325 mg
- Ibuprofen, (e.g. Advil) 200 mg
- Benzoyl peroxide, (e.g. Oxy) 5% (gel or liquid)
- Moisturizing hand and body lotion, any brand
- Dandruff shampoo
- Antifungal cream,
- Sun screen with SPF at least 15
- Hemorrhoid cream with hydrocortisone (e.g. Anusol HC,)
- Hydrocortisone, (e.g. Cortaid) 0.5% cream or ointment
- A mildly abrasive callous sponge
- Saline nasal spray (e.g. Ocean)
- Artificial tears
- Multivitamin tablet, any general purpose

It is the intent of the IDOC that all provider orders shall be directly transmitted to the Vendor's pharmacy through the EHR.  Unless an electronic medication administration record (e-Mar) is used, a licensed nurse shall accurately transcribe all orders onto the medication administration record (MAR). The Vendor will establish a mechanism for "24-Hour Chart Check" to ensure orders transcribed that day are accurate on the MAR.

The IDOC utilizes a formulary to help control the medications used.  The Formulary is attached to this RFP as <u>ATTACHMENT T</u>.  The Vendor is expected to utilize the IDOC's formulary.  The formulary is maintained jointly by the Vendor and the Health Services Division through a central office Pharmacy and Therapeutics (P&T) Committee.  Recommended changes in the formulary are managed through the P&T committee.  The IDOC CMO acts as the chairman of the P&T committee.  The committee meetings will be facilitated by a clinical pharmacist.

Any FDA approved medication not on the formulary may be considered for use through a practitioner-initiated formulary exception process managed by the Vendor.  The statewide medical director is responsible for managing the formulary exception process.

In general, medications should be dispensed for 30 days at a time (maximum) in blister packages, whether for use as "hand feed" (DOT) or "may carry" (KOP) circumstances. Liquid medications may be dispensed in bulk form or unit of use as appropriate.

Medication is administered either under directly observed conditions (DOT, hand feed) or via keep on person (KOP, may carry) processes. In general, the Vendor is expected to administer medication within a one hour window, within 30 minutes before or after the designated time unless facility circumstances (e.g. emergency lock down) preclude the delivery of medications. In this situation the Vendor is expected to administer medications as close to the administration time as possible. Correctional officers are not utilized to administer medication but may be utilized to facilitate self-administration under observation, especially in juvenile and level one adult facilities, and work release centers.

Currently, documentation of medication administration is done on paper however IDOC requires an electronic medication administration program. At the time of this RFP the current Vendor has agreed to the initiation of the EMAR to begin on or around July 2016.

The Vendor shall provide, furnish, and supply pharmaceuticals and drugs to the Institution using a "unit dose method of packaging" which is properly labeled. The Vendor shall maintain starter dose(s) of medications, which if not readily available, could compromise the inmate's health status.

Medications for self-administration shall be dispensed in a blister pack in accordance with IDOC policies and procedure, unless the preservation of the medication would be adversely affected (e.g. Nitroglycerin).

Medication management including the distribution, administration, storage and accountability of medication including controlled substances shall be in accordance with IDOC procedures. Nurses or qualified medication assistants (QMA) shall administer all medication in accordance with IDOC procedures. In facilities without 24/7 nursing coverage, custody officers will facilitate self administration of medication.

The IDOC has a keep on person policy, which excludes psychotropic, controlled substances and medications that are easily abused. This policy is set forth in the Medical Directives attached to this RFP as <u>ATTACHMENT J</u> and <u>ATTACHMENT K</u>.

The Vendor must maintain accurate records for tracking all controlled substances and account for each dose from the time the prescription arrives from the pharmacy until the medication is administered, returned, ship to the reclamation company, or destroyed. In facilities with 24/7 nursing coverage, end of shift counts must be completed by two (2) staff members, preferably one staff member from the ending shift and one from the oncoming shift. In the event that a controlled substance is missing, the Vendor's staff shall inform the facility's superintendent or other designated staff, the IDOC's Director of Health Services and the appropriate health

services quality assurance monitor. The Vendor shall take all steps necessary to locate or investigate the missing controlled substance.

The Vendor is responsible to maintain inventory, cost, ordering records for all pharmaceuticals, including over the counter medicines dispensed by the pharmacy

To ensure continuity of care the Vendor must establish a mechanism to identify offenders whose medication(s) will expire within 14 days.

Upon release from the IDOC, the Vendor must provide a 30-day supply of medications for offenders with serious mental illness (when approved by the psychiatrist), medication assisted treatment for the treatment of addiction (when approved by the psychiatrist), tuberculosis infection or disease, or HIV disease. For all other conditions, the offender is to be provided with a 7-day supply of medication and written prescription for a 30 day supply of medication. The Vendor will initiate a process whereby the offender has signed for the medications provided upon release. Once this form is signed it will be maintained in the offender's paper health record.

The Vendor must provide a 7-day supply of medication for offenders being sent out on temporary leave including offenders transferred to a county jail.

The IDOC does not provide medications for offenders on parole except for release medication and the 30-day prescription.

At least quarterly, consultant pharmacists must review the pharmacy operation at each IDOC facility and attend the Pharmacy and Therapeutics Committee meetings.

If a Respondent chooses to bid mental health separately, and is awarded a contract, that Respondent/Vendor will be responsible for the cost of all pharmaceuticals prescribed by the Respondent/Vendor's staff including a reasonable dispensing fee.

Drugs for HIV shall be those recommended by the Department of Health and Human Services, in its most current publication on the matter.

Clinical pharmacist(s) should participate as part of the multidisciplinary team in case management to improve clinical outcomes, and with improving clinical metrics.

***The Respondent should respond to this specification with a statement that it agrees to meet and comply with the specification. Respondent should provide a narrative, along with any supporting documentation, of how it proposes to meet this specification. Please describe your companies experience in using a clinical pharmacist to improve quality of care. Please also include your approach to case management for high risk patients.***

EXHIBIT B: Page 177 of 469                                                              Wexford of Indiana LLC

## 2.4.27. Pharmacy/Medication Administration

Wexford agrees to meet and comply with all components of **RFP Specification 2.4.27 Pharmacy/Medication Administration**.

As described below, we will provide the IDOC with pharmaceutical management, storage, distribution, administration, and technology, in accordance with applicable federal, state, and local laws and Department policies. Wexford agrees to be responsible for all pharmaceutical expenses, taking into consideration the *$1.5 million annual aggregate limit on Hepatitis C medications* described in the RFP.

We propose to utilize **BosWell Prescription Center (BPC)—an IDOA-certified Women's Business Enterprise (WBE)**—to provide pharmaceuticals for the IDOC contract.  Established in 1993 and located in central Pennsylvania, BPC is a well-established, comprehensive, closed-door institutional pharmacy that provides mail-order pharmacy services to 160,000+ patients in county, state, and federal correctional institutions throughout the United States.



The Wexford companies have worked with BPC for many years, and currently utilize the WBE to provide pharmaceuticals for the majority of our prison contracts.

BPC is not only a WBE in Indiana, but is also certified as a WBE by its home state (the Commonwealth of Pennsylvania) and by the federal Women's Business Enterprise National Council — a national 501(c)(3) non-profit and the country's largest third-party certifier of businesses owned, controlled, and operated by women.

### 2.4.27.1. Pharmacy Cost Containment

Wexford will employ multiple pharmacy cost containment strategies for the IDOC, including but not limited to, the following programs and services.

**Drug Utilization Review**

As part of our pharmacy program, Wexford will provide comprehensive Drug Utilization Review (DUR) services for the IDOC institutions.  Our program works in *two phases* to ensure that prescribed *drugs are appropriate, medically necessary, and not likely to result in adverse medical results*. This not only contains pharmacy costs, but reduces the likelihood of pharmacy-related lawsuits.

**Pharmaceutical Purchasing Strategies**

We will apply the following purchasing approaches to reduce the cost of medications for the IDOC.

- **Volume discounts:** Throughout our nationwide book of business, the Wexford companies require physicians to utilize a formulary, thus *increasing our purchase volume for a*

*smaller number of carefully screened and selected preferred products* (after reviewing the IDOC formulary, it is very similar to Wexford's).

- **Participation in Group Purchasing Organizations:** Wexford belongs to several Group Purchasing Organizations (GPOs) that *negotiate significant discounts for their members* by guaranteeing manufacturers a minimum (pooled) purchase volume on many products. 

- **Short-dated products:** For certain generic drugs with steady, predictable utilization rates, Wexford purchases reasonable quantities with closer-than-average expiration dates; in this way, we take advantage of *manufacturers' willingness to discount products with short terms of expiration*.

- **Rebates:** By *establishing solid vendor relationships* and monitoring the proportions of brand drugs we purchase from each drug manufacturer, Wexford *maximizes the amount of rebates we earn* on necessary pharmaceutical purchases.

## Pill Splitting

As another cost containment strategy, Wexford can break in half (and appropriately label) any medications as requested by the IDOC. We will not provide medications in half-tablets unless approved in advance, in writing.

Free world studies tend to validate the cost-effectiveness of pill splitting. For example, the University of Michigan launched a *pill-splitting program that in its first full year saved the University $195,000*, and saved more than 500 employees and retirees a total of more than $25,000 in drug co-pay costs.

After performing our own cost-benefit analysis of the process, Wexford and BPC invested in the purchase of a tablet splitting machine. We currently split identified high-priced medications as a cost control methodology in all of our correctional health care contracts, *saving up to 50% of standard pharmaceutical costs*.

## Pharmacy Reporting

Timely and accurate statistical reports are essential to monitor pharmaceutical utilization and to *provide practitioners with critical data*. Wexford will ensure we provide the IDOC with any mutually agreed upon reports and statistical information. Our data analysis systems can sort these reports in a myriad of groupings, utilizing all captured pertinent defaults. Our data analytics are extensive and user-friendly, for ease of *monitoring services and trends*.

**Generic Drugs**



Except for those instances where bioequivalence issues have been documented, Wexford will use generic medications for the Indiana offender population, when available and as allowed by the IDOC formulary.

Our ***programs encourage the use of generic drugs***.  Generics offer the ***same options as their more expensive brand-name counterparts*** with regards to active ingredients, dosage, safety, strength, method of administration, quality, performance, and intended use. However they are (usually) ***far less costly***.  This allows Wexford to provide high quality pharmaceutical therapies at cost-effective pricing.   We also utilize the concept of therapeutic substitution of specified medications or therapeutic classes.

Our generic substitution policy follows Indiana Board of Pharmacy regulations. We automatically substitute any AB Rated generic drug unless the prescribing practitioner identifies

*Brand Medically Necessary.*

## Drug Regimen Review

Drug-related illnesses and complications cost the health care system hundreds of billions of dollars each year. They are a red flag for poor quality of care and perhaps more importantly, they are often avoidable.

Drug Regimen Review (DRR) can help avoid many of these issues, along with their associated costs. DRR is a process, typically conducted by a consultant pharmacist, where the reviewer checks for, identifies, and recommends solutions for the use of "unnecessary drugs." In a typical DRR, the consultant pharmacist ***examines the corresponding diagnosis*** for each medication; ensures that the prescription is ordered in an ***appropriate dose and duration***; checks the patient's medical records for ***adverse drug reactions*** and adequate monitoring; and identifies any ***drug-related problems***, such as drug interactions or untreated medical problems.

> DRR can be **general**, where the consultant pharmacist reviews all of a patient's medications for appropriateness; or **focused**, where the review concentrates on a specific disease state or medication therapy. The **goals** of the process are as follows.
> - Terminate unnecessary medications
> - Correct drug-related problems
> - Simplify dosing regimens
> - Provide cost savings
> - Recommend any necessary medications that were not being used

In an American Society of Consultant Pharmacists-funded study that quantified the cost of medication-related problems in US nursing facilities, researchers discovered that ***for every dollar spent on drugs, $1.33 is spent on hospitalizations, lab tests, and physician and ancillary services to treat medication-related illnesses and complications***. The study found that by conducting drug regimen review, optimal therapeutic outcomes for patients could be improved by 43%, with $3.6 billion saved annually by avoiding the costs of medication-related problems. Wexford believes we could achieve similar proportionate savings through drug regimen reviews in the correctional setting—a very similar type of long-term care environment.

*********************************************************************

**ADDED VALUE PROGRAM:**
**340B Pharmacy Discount Program**

Wexford has ***broad practical experience in planning, implementing, and administering federal 340B pharmacy discount programs for correctional clients***. We set up and/or are currently participating in 340B programs for the state prison systems in Illinois, Maryland, Mississippi, and West Virginia, and will be pleased to do assist the IDOC with its program.

The 340B program requires a patient to receive actual health care services—not just drugs—from the covered entity (Federally Qualified Health Center, Disproportionate Share Hospital, Rural Referral Center, Sole Community Hospital, etc.) providing the prescription. To save the IDOC the travel and security expenses associated with relocating offender patients to specialty

physicians at these types of community health centers, ***Wexford recommends the use of telehealth technology for 340B specialty care follow-up encounters***.

A 340B relationship operationalized through a telehealth program (with a manageable number of participants) ***maintains the simplicity and stability of the program***.  Although this is the preferred method, Wexford does possess the logistical management capabilities to coordinate IDOC offender travel to any qualified provider within a targeted geographic radius.

We will support the IDOC 340B program in a similar fashion.  Additionally, if 340B negotiations fail between the Department and UIC, ***Wexford will assume responsibility for implementing the program***.  We have ***already developed a 340B strategy for Indiana*** and ***proactively identified and contacted several 340B entities*** we could potentially partner with on the project, along with a contracted 340B pharmacy.  Upon contract award, we look forward to sharing the details of our 340B plan and collaborating to realize cost savings for the IDOC on expensive specialty drugs.



**WEXFORD'S 340B EXPERIENCE**
**with other state prison systems**



In West Virginia, we partner with **West Virginia University** and the **Charleston Area Medical Center (CAMC) Health System** to provide treatment and discounted medications to HIV and HCV patients.  Wexford plans to expand the program to include oncology in the near future.



In Illinois, we coordinate with the **University of Illinois-Chicago (UIC)** to care for DOC offender patients with HIV and Hepatitis C.  UIC providers write the prescriptions and fill them through the UIC pharmacy.  UIC bills the State of Illinois directly for the discounted 340B price of the drugs, under a contract between the State and the University.

While we were the health care vendor in Mississippi, Wexford coordinated on a 340B program for HIV+ patients with the **University of Mississippi Medical Center ("UMMC")**, whose physicians treated the patients and ordered the 340B drugs.  UMMC has its own pharmacy, which filled the prescriptions.  UMMC billed Wexford for the drugs at 340B prices, and we passed this discounted pricing through to the DOC along with a small administrative fee to manage the program.  Wexford also completed and filed all required paperwork; and maintained all required records in support of the federally funded program.  **From March 2013 through June 2015, Wexford's 340B program generated more than $2.2 million in pharmacy savings/credits for the Mississippi DOC.**

### 2.4.27.2. Clinical Management of Pharmacy Services

#### In-House Clinical Pharmacists

Wexford's Pharmacy Services Department—which includes two full-time in-house PharmDs and a physician—is centralized in our Pittsburgh office.  In addition to our Indiana-based pharmacist (described below), we will provide the IDOC institutions with 24-hour per day, seven-day per week on-call pharmacy coverage.  We maintain a toll-free pharmacy telephone line to ensure the facilities have cost-effective access to our pharmacists for inbound customer service calls.

- Automated refractive technologies, such as keratometry, refractors, etc.
- Electrodiagnostic testing

### Telemedical Dermatology

As a visual specialty with low mortality and many chronic conditions, dermatology is well suited for telemedicine. Currently, there are two approaches to telemedical dermatology: ***store-and-forward*** and ***live interactive*** technology. Store-and-forward technology is independent of time and place, and allows for static images and clinical information to be transmitted from physician to physician via the Internet or satellite. Live telemedical dermatology operates in real time via a videoconferencing link and is structured like a traditional in-office visit, allowing for skin examination with the use of special high-definition video cameras. Many chronic dermatological diseases, including acne, rosacea, and psoriasis, may be satisfactorily assessed and managed through the use of digital images.

### Telemedical Gastroenterology

Besides patient history, gastroenterologists obtain the highest amount of diagnostic information from imaging. During a follow-up or routine examination, the physician typically updates patient history, reviews past diagnostics, and acquires new images. With telemedical gastroenterology, a network transmits real time video, voice, and data to accomplish these tasks.

### Management of Hepatitis C

Based on our many years of experience managing statewide correctional health care delivery systems, Wexford has developed an ***extensive evidence-based protocol for the monitoring and treatment of Hepatitis C.*** Dr. Dina Paul, one of our corporate medical directors and a board-certified internist, uses non-invasive common laboratory data to supervise all of our Hepatitis C care via telehealth consultations with onsite medical providers and patients. Over a six-month period, through her application of internally developed protocols and tools, Dr. Paul delivered appropriate Hepatitis C treatment to almost 100 patients for another of Wexford's state correctional clients.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ADDED VALUE PROGRAM:**
**Standardized HCV Telehealth Program with Corporate ACE**

More than a decade ago, the Wexford companies recognized the need to standardize care for correctional Hepatitis C virus (HCV) patients. In 2006, we formulated a standardized HCV program that encompassed ***regular chronic care follow-up***; as well as ***work-up and prioritization for HCV antiviral therapy***. The industry honored our approach by accepting our submission (Hepatitis C Management and Treatment in Correction: Benefit of a Standardized Approach) for presentation at the 2010 NCCHC National Conference in Las Vegas, NV. We continue to standardize our Hepatitis treatment services, with Dr. Dina Paul (one of Wexford's Indiana-licensed, board-certified physicians) directing care for 3,000 to 4,000 correctional HCV patients each year.

Consultation with Wexford ACEs (such as Dr. Paul and other competent, specialized physician

resources) develops the knowledge base of our site-level clinicians.  ACEs are ***not mere specialty consultants***, but function as an ***integral part of the clinical treatment teams***.  Serving as a mentor and clinical resource to both regional and site-level clinicians, Dr. Paul educates providers on HCV care and streamlines the HCV work-up process for treatment prioritization.  Telehealth plays an important role in this process, enabling Dr. Paul to conduct HCV chronic clinics directly with correctional patients nationwide.



**DINA PAUL, MD, MS, CCHP**
**CHRONIC DISEASE AND CASE MANAGEMENT MEDICAL DIRECTOR**
A board-certified internist, Dr. Paul is responsible for the oversight of Wexford's Chronic Disease and Case Management programs. She has extensive clinical experience, working as our Internist, Hepatitis C Coordinator for more than six years before her promotion. Dr. Paul earned her medical degree from The Pennsylvania State College of Medicine and her Master's Degree from Georgetown University. She is a Certified Diplomat of the American Board of Internal Medicine and Certified Medical Review Officer of the Medical Review Officer Certification Council.

Wexford's HCV chronic clinic process begins with the site-level provider completing and submitting an *Initial Hepatitis Worksheet*.  Dr. Paul reviews the worksheets and responds to each individual case with specific care recommendations.

Wexford and Dr. Paul currently use this standardized HCV program for our existing patients, to ensure offenders have been appropriately evaluated for treatment.  Dr. Paul guides our site-level clinicians though the treatment of HCV with medications, helping them to manage these challenging patients.  She has written a guidance document on the *Treatment of the Complications of Cirrhosis*. This guidance document, along with Dr. Paul's availability, has assisted our site-level clinicians to manage cirrhotic patients onsite versus sending them to the hospital.

********************************************************************************

### HIV Counseling and Treatment

Through telehealth, HIV specialists can see HIV patients for counseling and consultation.  HIV disease is complicated and requires up-to-date, evidence-based treatment that follows best practice in order to avoid complications, treatment failure, and the development of resistance.  It is a rare provider in a general practice that can keep up with the rapid advances and treatment guideline changes that occur regularly in HIV treatment.

Through the use of telehealth, community specialists in infectious disease become available for onsite providers to consult with regarding laboratory changes, diagnostic testing, acute care investigation, and chronic HIV management.

Offenders can see the HIV specialists on a regularly scheduled basis for chronic care management.  Wexford telehealth infectious disease programs are based on nationally recognized guidelines, and provide access to specialists without creating costly burden to security/transport.