|  | State of Indiana<br>Indiana Department of Correction | Effective Date<br><br>1/1/2018 | Page 1 of<br><br>3 | Number<br><br>3.09 |
|---|---|---|---|---|

**HEALTH CARE SERVICES DIRECTIVE-ADULT**
Manual of Policies and Procedures

Title
**MANAGEMENT OF HEPATITIS C**

| Legal References<br>(includes but is not limited to)<br><br>Indiana Code:<br>11-8-2-5   11-8-5-2   11-10-1-2<br>11-10-2-4  11-10-3-1  11-10-8-2<br>11-10-8-5  11-10-9-2  11-10-10-2<br>11-11-5-4  11-11-6-2 | Related Policies/Procedures<br>(includes but is not limited to)<br><br>01-02-101 | Other References<br>(includes but is not limited to)<br><br>ACA Health Care Standards |
|---|---|---|

I.   PURPOSE:

   The purpose of this Health Care Services Directive (HCSD) is to provide information and guidlines concerning the management of Hepatitis C Virus (HCV) infections.

II.  GUIDELINES:

   A.   General Information

      HCV is the most common chronic bloodborne viral infection in the United States and correctional facilities have a disproporionate number of infected individuals.  Within the Department, approximately 15-20% off arriving offenders at Intake are HCV-Antibody positive.

      HCV is spread primarily by contact wih infected blood and blood products from a person infected with HCV.  Blood transfusions and shared drug paraphernalia have been identified as the main routes of the spread of HCV in the United States.  Other common risk factors include receiving a blood transfusion prior June 1992, receiving clotting factor concentrates before 1987, hemodialysis, birth to an HCV-infected mother, tattooing and suffering a needle-stick accident from a person with HCV.  However, some individuals who acquire HCV have no known risk factors.

      There is a slightly increased risk of transmission of HCV through sexual contact.  Surveys have shown the spread of HCV to a spouse or partner in a stable, monogamous relationship occurs in less than 1% of partners per year.

      Approximately 15-20% of patients will clear the virus spontaneously.  The majority of individuals infected with HCV will develop chronic liver

| HEALTH CARE SERVICES DIRECTIVE-ADULT ||||
|---|---|---|---|
| Indiana Department of Correction <br> **Manual of Policies and Procedures** ||||
| Number <br> 3.09 | Effective Date <br> 1/1/2018 | Page <br> 2 | Total Pages <br> 3 |
| Title <br> **MANAGEMENT OF HEPATITIS C** ||||

disease. Once established the chronic infection rarely resolves spontaneously. The clinical course of HCV varies greatly; some individuals have no signs or symptoms and normal levels of serum enzymes, some have mild to moderate elevations in liver enzymes with an uncertain prognosis, and some have severe disease with symptoms, high viral load, and elevated serum enzymes.

B. Screening for HCV Infection

All incoming and returning offenders shall be screened for the presence of HCV antibody in accordance with State statute.

C. Baseline Evaluation

A baseline clinical evaluation should be completed for all offenders diagnosed with HCV within ninety (90) days of arrival at the initial chronic care clinic visit and includes, at a minimum, the following:

1. Estimation of earliest possible date of infection; and,
2. Targeted history and physical examination to evaluate for signs and symptoms of liver disease.

D. Management of HCV

All infected patients, regardless of liver inflammation, shall be counseled regarding HCV disease. This counseling shall include information on HCV infection, transmissin, avoiding transmission, the nature of the HCV disease and its long-term sequelae, and the pros and cons of the treatment for HCV disease.

All patientswith HCV disease shall be offered vaccination against Hepatitis B and Hepatitis A, unless previous infection or vaccination has been documented, or the attending phhysician believes that vaccination is unecessary or contraindicated. All patients with HCV disease shall be offered vaccination against pneumococcus once, and against influenza annually.

Informed consent for treatment must be obtained prior to initiating treatment in accordance with Health Care Services Directive 1.30, "Consent and Refusal."

Health Services staff shall manage offenders with HCV in accordance with the Federal Bureau of Prison's, "Evaluation and Management of Chronic Hepatitis C Virus (HCV) Infection." (Attachment).

| | | | |
|---|---|---|---|
| **HEALTH CARE SERVICES DIRECTIVE-ADULT** <br> Indiana Department of Correction <br> **Manual of Policies and Procedures** | | | |
| Number <br> 3.09 | Effective Date <br> 1/1/2018 | Page <br> 3 | Total Pages <br> 3 |
| Title <br> **MANAGEMENT OF HEPATITIS C** | | | |

      E.      End Stage Liver Disease

           Offenders in end stage liver disease secondary to HCV shall be provided with off-site consultation with a hepatologist or GI specialist for recommendations. If a liver transplant is recommended, the offender shall be referred to the appropriate off-site provider.

III.    APPLICABILITY:

      This HCSD is applicable to all facilities providing Health Services to adult offenders.


      \_\_\_\_signature on file_____      _____
      William Van Ness, MD                      Date
      Chief Medical Officer