UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, <br> CHARLES SMITH, <br> DOUGLAS SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT E. CARTER, JR., <br> MICHAEL MITCHEFF, M.D., <br> WEXFORD OF INDIANA, LLC, <br><br> Defendants. | No. 1:17-cv-00289-JMS-MJD |

**MINUTE ENTRY FOR NOVEMBER 13, 2018**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person, by counsel, and by telephone for a Settlement Conference. The Settlement Conference will **RECONVENE** at **9:00 a.m. (Eastern) on Monday, November 19, 2018**. The parties shall attend the settlement conference by calling the designated telephone number, to be provided by the Court separately to the parties.

Dated:  15 NOV 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.