UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHAEL RAY STAFFORD,** *et al.* | ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) CASE NO. 1:17-cv-00289-JMS-MJD ) |
| **ROBERT E. CARTER, Jr.,** *et al.* | ) ) |
| **Defendants.** | ) |

## RESPONSE TO MOTION TO CONVERT TRIAL SETTING TO REMEDY HEARING

State Defendants, by counsel, Benjamin Jones, Deputy Attorney General, for their response to Plaintiffs' motion to convert the trial setting to remedy hearing state as follows:

1. This matter is set for trial on February 25, 2019. [Dkt. 149.] Plaintiffs now move the Court to convert the trial setting to a remedy hearing on their class claim for injunctive relief under the Eighth Amendment. [Dkt. 203, pp. 1-2.]

2. State Defendants have no objection to the Plaintiff's motion requesting the trial setting be converted to a remedy hearing, but deny that any injunctive relief is appropriate in this matter.

Respectfully submitted,

CURTIS T. HILL, Jr.
Indiana Attorney General

By: *s/ Benjamin M. L. Jones*
Benjamin M. L. Jones
Deputy Attorney General
Attorney No. 29976-53

## CERTIFICATE OF SERVICE

I certify that on December 26, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following parties who may access this filing using the Court's system:

Mark W. Sniderman
SNIDERMAN NGUYEN LLP
mark@snlawyers.com

Robert A. Katz
INDIANA UNIVERSITY MCKINNEY
SCHOOL OF LAW
rokatz@iu.edu

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

              *s/ Benjamin M. L. Jones*
              Benjamin M. L. Jones
              Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 234-6685
FAX:    (317) 232-7979
Email:   Benjamin.Jones@atg.in.gov