IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, CHARLES SMITH and DOUGLAS SMITH, individually, and on behalf of those similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>ROBERT E. CARTER, JR., et al.,<br><br>           Defendants. | Case No. 1:17-cv-289-JMS-MJD |

**ORDER ON PLAINTIFFS' MOTION TO CONVERT TRIAL TO <u>REMEDY HEARING</u>**

This matter having come before the Court on Plaintiffs' Motion to Convert Trial to Remedy Hearing, and the Court being duly advised in the premises finds that the Motion [203] should be GRANTED.

WHEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that said Motion is approved by the Court, and that:

1. The trial set for 9:00 a.m., February 25, 2019, shall be converted to a remedy hearing;

2. Plaintiffs' remedy brief shall be due on or before the **22nd** day of **January**, 2019;

3. Defendants' response to Plaintiffs' remedy brief shall be due on or before the **5th** day of **February**, 2019;

4. Plaintiffs' reply shall be due on or before the **12th** day of **February**, 2019; and

5. The final pretrial conference set for 9:00 a.m., January 31, 2019 shall be continued and will be re-set when and if a trial becomes necessary.

Date: 12/27/2018

/s/ Jane Magnus-Stinson
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

2

Distribution:

All ECF-registered counsel of record via e-mail generated by the court's ECF system.