UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, et al. | ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:17-cv-00289-JMS-MJD ) |
| ROBERT E. CARTER, Jr., et al. | ) ) |
| Defendants. | ) |

### STATE DEFENDANTS' FINAL WITNESS AND EXHIBIT LISTS
### (REMEDIES HEARING)

The State Defendants, by counsel, hereby submit their final witness and exhibit lists as to the remedies hearing currently set for April 29, 2019.

## WITNESSES

State Defendants may call the following witnesses at the remedies hearing:

1. Michael Mitcheff, M.D.

Dr. Mitcheff is expected to testify concerning his past employment as chief medical officer of the Indiana Department of Correction during the relevant time period, the IDOC's policies and procedures concerning HCV, the treatment of HCV, and the treatment of HCV within IDOC.

2. Neil Fisher, M.D.

Dr. Fisher is expected to testify concerning HCV, the treatment of HCV, the treatment of HCV in the IDOC, practices and procedures related to the treatment of HCV in the IDOC and Wexford, and the medical conditions of the named Plaintiffs.

3. Dina Paul, M.D.

Dr. Paul is a board-certified internist, responsible for the oversight of Wexford's Chronic Disease and Case Management programs. She served as Wexford's Internist, Hepatitis C Coordinator for more than six years. She is expected to testify concerning HCV, the treatment of HCV, the treatment of HCV in the IDOC, practices and procedures related to the treatment of HCV in the IDOC and Wexford, and the medical conditions of the named Plaintiffs.

4. Christina Reagle.

Ms. Reagle, the Chief Financial Officer of the Indiana Department of Correction, is expected to testify as to the IDOC's budget and ability to pay for direct acting anti-virals for the entire chronic Hepatitis C population in IDOC on an ongoing basis, including whether additional appropriations would be required.

5. Kristen Dauss, M.D.

Dr. Dauss is expected to testify concerning her present employment as chief medical officer of the Indiana Department of Correction (effective February 25, 2019), the IDOC's policies and procedures concerning HCV, the treatment of HCV, the treatment of HCV within IDOC.

6. Any person necessary to authenticate or certify any document or exhibit;

7. Any person necessary for impeachment or rebuttal;

8. All persons listed on plaintiffs' final witness list;

## EXHIBITS

State Defendants may use the following exhibits at a trial of this matter:

1. Indiana Department of Correction Administrative Policies and Procedures:

    a. Policy and Administrative Procedure 01-02-101: The Development and Delivery of Health Care Services
    b. Health Care Services Directive-Adult 3.09: Management of Hepatitis C

2. Federal Bureau of Prisons guidelines for the Evaluation and Management of Chronic Hepatitis C, 2014-present;

3. The current medical vendor contract between the Indiana Department of Correction and Wexford, Inc.;

4. The past medical vendor contract between the Indiana Department of Correction and Corizon Health, Inc.;

5. The MCD Master Log (updated through April, 2019);

6. AASLD Guidance & Recommendations for Testing, Managing, and Treating Hepatitis C;

7. Transcript of the deposition of Dr. Suthat Liangpunsakul (w/exhibits);

8. Declaration of Dr. Suthat Liangpunsakul (dkt. 166-2);

9. Expert Report of Dr. Suthat Liangpunsakul (dkt. 166-2);

10. Transcript of the deposition of Dr. Raj Vuppalanchi (w/exhibits);

11. Second Declaration of Dr. Suthat Liangpunsakul (dkt. 166-1);

12. Expert Report of Dr. Raj Vuppalanchi (dkt. 166-1);

13. Transcript of the deposition of Dr. William C. Vanness (w/exhibits);

14. Transcript of the deposition of Dr. Neil Fisher (w/exhibits);

15. Medical records of Michael Ray Stafford;

16. Transcript of the deposition of Michael Ray Stafford (w/exhibits);

17. Medical records of Charles Smith;

18. Transcript of the deposition of Charles Smith (w/exhibits);

19. Medical records of Douglas Smith;

20. Transcript of the deposition of Douglas Smith (w/exhibits);

21. Any document necessary for impeachment or rebuttal;

22. All discovery responses and deposition transcripts;

23. All things listed on plaintiffs' initial disclosures;

24. All things listed on plaintiffs' preliminary exhibit list;

25. All things listed on plaintiffs' final exhibit list;

26. All things listed on any former co-defendant's initial disclosures;

27. All things listed on any former co-defendant's exhibit witness list;

28. All things listed on any former co-defendant's final exhibit list; and,

29. Any reports and curriculum vitae of expert witnesses; and

30. Any documents or other exhibits discovered between the time of this filing and trial.

        Respectfully submitted,

        CURTIS T. HILL, JR.
        Indiana Attorney General
        Attorney No. 13999-20

        By:    Jonathan P. Nagy
                Deputy Attorney General
                Attorney No. 20975-49

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 233-8296
FAX:     (317) 232-7979
Email:   Jonathan.Nagy@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on February 27, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following parties who may access this filing using the Court's system:

Mark W. Sniderman
SNIDERMAN NGUYEN LLP
mark@snlawyers.com

Robert A. Katz
INDIANA UNIVERSITY MCKINNEY
SCHOOL OF LAW
rokatz@iu.edu

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Jonathan P. Nagy
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 233-8296
FAX:    (317) 232-7979
Email:   Jonathan.Nagy@atg.in.gov