IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, CHARLES SMITH and DOUGLAS SMITH, individually, and on behalf of those similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>ROBERT E. CARTER, JR., et al.,<br><br>   Defendants. | Case No. 1:17-cv-289-JMS-MJD |

## STIPULATED FACTS AND ISSUES TO RESOLVE

Plaintiffs, Michael Ray Stafford, Charles Smith and Douglas Smith, individually, and class members, by counsel, and Defendants, Commissioner Robert E. Carter, Jr., and the Chief Medical Officer of the Indiana Department of Correction, in their official capacities, by counsel, hereby file the following facts and issues to resolve, pursuant to this Court's order. [Filing No. 209, p. 1.]

**I. Stipulated Facts.**

The parties have stipulated to the following facts for the purposes of the remedy hearing to be held in this matter:

 1. "Hepatitis" means inflammation of the liver: Hepatitis C is a contagious viral disease that causes inflammation in the liver with eventual progression to cirrhosis, end-stage liver disease with liver failure and liver cancer.

 2. Patients suffering from chronic hepatitis C may suffer from non-specific symptoms such as fatigue, joint pains, nerve pain, skin disorders to liver related symptoms from liver failure such as jaundice, ascites (fluid accumulation in

abdomen), hepatic encephalopathy (confusion from high ammonia), gastro-intestinal bleeding, and liver cancer.

3. HCV infection is generally transmitted through blood, blood products, or intravenous drug use, and occurs in two stages: acute and chronic.

4. Acute HCV infection is the initial phase within the first six months of exposure to the virus, when roughly 15-25% of infected individuals self-resolve and do not develop chronic infection.

5. Individuals with chronic HCV do not self-correct; these individuals are infected for life if not treated with appropriate medication.

6. Wexford of Indiana, LLC ("Wexford"), is the current medical contract vendor responsible for the provision of medical care to offenders incarcerated within the Indiana Department of Correction, including care for HCV, pursuant to its contract for services with the Indiana Department of Correction.

7. The Indiana Department of Correction provides information and guidance to its medical contract vendor concerning the management of incarcerated people with chronic HCV pursuant to its Policy 3.09, entitled "Management of Hepatitis C" found at Filing No. 166-6.

8. Indiana Department of Correction Policy 3.09 indicates that its health care provider shall treat incarcerated people with chronic HCV pursuant to the Federal Bureau of Prisons' "Evaluation and Management of Chronic Hepatitis C Virus (HCV) Infection," found at Filing No. 173-10.

9. As of _____, Wexford reports that there are \_\_\_\_\_ inmates incarcerated by the IDOC with chronic HCV.[1]

## II. Issues to Resolve.

The parties submit the following issues should be resolved at the remedy hearing:

1. Whether the Court should issue an injunction;

2. If the Court does issue an injunction, whether it should mandate treatment with direct-acting antivirals ("DAAs") for class members with chronic Hepatitis C ("HCV");

3. If the Court does mandate treatment with DAAs for class members with chronic HCV, should treatment be universal or should treatment be cut off at a certain level of disease progression; and if the latter, where the cutoff should be; and

4. If the Court does mandate treatment with DAAs, what is a realistic timeline for implementation of such a mandate.

Respectfully submitted,

FINDLING PARK CONYERS WOODY & SNIDERMAN, PC

*s/ Mark W. Sniderman*
Mark W. Sniderman

*One of the Attorneys for Plaintiffs*

OFFICE OF THE ATTORNEY GENERAL

*s/ Jonathan P. Nagy* (with permission, by Mark W. Sniderman)
Jonathan P. Nagy

*One of the Attorneys for Defendants*

---

[1] Wexford has recently provided the number of current inmates diagnosed with HCV, which counsel are reviewing. The parties will inform the Court of any stipulations they are able to reach regarding this number as soon as possible.

3