IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, CHARLES SMITH and DOUGLAS SMITH, individually, and on behalf of those similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>ROBERT E. CARTER, JR., et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-289-JMS-MJD<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION**

Plaintiffs, Michael Ray Stafford, Charles Smith, and Douglas Smith, individually, and class members, by counsel, pursuant to Federal Rule of Civil Procedure 65(d), hereby respectfully move the Court to issue a permanent injunction in their favor. Plaintiffs incorporate their Brief in Support of Motion for Permanent Injunction (hereinafter "Brief") filed in support of this motion, and show the Court as follows:

    1.    Plaintiffs and class members are all current and future prisoners in Indiana Department of Correction ("IDOC") custody who have been diagnosed, or will be diagnosed, with chronic Hepatitis C ("HCV"), and for whom treatment with DAA medication is not medically contraindicated. [Filing No. 186 at 43.] Defendants maintain policies and practices that deny effective treatment for chronic HCV, and are thus deliberately indifferent to Plaintiffs' and class members' serious medical needs. Effective treatment of chronic HCV generally requires treatment with FDA-approved direct-acting antiviral drugs ("DAAs") consistent with the standard of care within the medical community.

    2.    This Court granted Plaintiffs' Motion for Summary Judgment with respect to

their Eighth Amendment claim, and held that Defendants' treatment policies, practices and omissions for inmates with chronic HCV violate the Eighth Amendment.  [Filing No. 186 at 43.] Plaintiffs now move the Court to issue a permanent injunction against Defendants who are officials with the IDOC:  Commissioner Robert E. Carter, Jr., and Chief Medical Officer Kristen Dauss, M.D.[1]

3. A permanent injunction should issue because the Plaintiffs have prevailed upon their Eighth Amendment claim, and for the reasons identified in the Brief.

4. More specifically, an injunction should issue because:

   a. Plaintiffs will be irreparably injured without an injunction, for pain, suffering, and risk of death constitute irreparable injury;

   b. Plaintiffs have no adequate remedy at law, for their pain, suffering, health deterioration, disease progression, and heightened mortality risk cannot be compensated by monetary damages alone;

   c. The balance of harms weighs in favor of an injunction, for without one, Plaintiffs will be harmed, and Defendants have identified no hardship resulting from ceasing to violate Plaintiffs' Eighth Amendment rights; and

   d. An injunction would serve the public interest, by, inter alia, helping to eliminate HCV.

Wherefore, named Plaintiffs and class members, by counsel, request that the Court issue a permanent injunction:

---

[1] Dr. Dauss has been automatically substituted for former Chief Medical Officers Michael Mitcheff, M.D., and William C. VanNess, II, M.D., pursuant to Fed. R. Civ. P. 25(d).

2

1. Requiring Defendants, Robert E. Carter, Jr., and Kristen Dauss, M.D., to modify their policies and practices governing the treatment and care of inmates with chronic Hepatitis C, such that:

    a. all plaintiffs and class members who seek treatment with DAAs are provided such treatment immediately; or

    b. all plaintiffs and class members who seek treatment with DAAs are provided such treatment pursuant to a timeline ordered by this Court:

and,

2. Requiring Defendants to provide and direct their medical contract vendor with all resources, financial and otherwise, necessary to identify and implement the foregoing, such that all plaintiffs and class members who seek treatment with DAAs are provided such treatment.

Respectfully submitted,

*s/ Mark W. Sniderman*  
Mark W. Sniderman  
FINDLING PARK CONYERS  
 WOODY & SNIDERMAN, PC  
151 N. Delaware St., Ste. 151  
Indianapolis, IN  46204  
(317) 231-1100 T  
(317) 231-1106 F  
msniderman@findlingpark.com  

*s/ Robert Katz*  
Robert Katz  
INDIANA UNIVERSITY ROBERT H.  
 MCKINNEY SCHOOL OF LAW  
530 West New York Street  
Indianapolis, IN  46202  
(317) 278-4791 T  

*Attorneys for Named Plaintiffs Michael Ray Stafford, Charles Smith  
and Douglas Smith, and Class Members*