IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TENNEIL SELNER, on her own behalf and on behalf of a class of those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:15-cv-01874-SEB-MPB |
| SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, in her official capacity, | ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER FINDING SETTLEMENT AGREEMENT TO BE FAIR, REASONABLE, AND ADEQUATE, AND APPROVING SETTLEMENT AGREEMENT**

The parties having filed their Stipulation to Enter into Settlement Agreement Following Notice to the Class and a Fairness Hearing ("Settlement Agreement") (Dkt. 157), the Court having thereafter ordered the provision of class notice pursuant to Federal Rule 23(e) (Dkt. 160), the parties having provided class notice in the manner required by this Court's order, class counsel having filed their Report of Class Counsel and Request to Approve Settlement Agreement Pursuant to Federal Rule 23(e) (Dkt. 161), and a telephonic fairness hearing having been conducted on February 5, 2019, the Court now finds and orders as follows:

At the conclusion of the fairness hearing conducted on February 5, 2019, this Court issued oral findings, including findings that class notice was provided in a reasonable manner calculated to apprise the class of the proposed Settlement Agreement and that the proposed Settlement Agreement is a fair, reasonable, and adequate resolution of this cause. The Court further approved the Settlement Agreement pursuant to Federal Rule 23(e) effective February 5, 2019. This Order simply memorializes the Court's oral findings and order.

For the reasons articulated at the conclusion of the fairness hearing, the Court finds that class notice was provided in a reasonable manner that was calculated to apprise the class of the proposed Settlement Agreement and that meets the standards of Federal Rule 23(e) and *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950). The Court further finds, after applying the factors enumerated in the 2018 amendments to Federal Rule 23(e) as well as the factors articulated by the Seventh Circuit in *Synfuel Technologies, Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646 (7th Cir. 2006), that the Settlement Agreement is a fair, reasonable, and adequate resolution of this cause, and that the Settlement Agreement should be, and hereby is, approved.

**SO ORDERED.**

_____2/12/2019_____
Date

_____[signature: Sarah Evans Barker]_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:   All ECF-registered counsel of record