UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, <br> CHARLES SMITH and DOUGLAS SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT E. CARTER, JR., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:17-cv-289-JMS-MJD <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties, by their respective counsel, hereby stipulate that the Defendant, WEXFORD OF INDIANA, LLC, are dismissed with prejudice.

Respectfully submitted,

KATZ KORIN CUNNINGHAM, PC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
KATZ KORIN CUNNINGHAM PC
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Direct (317) 396-2565
Fax (317) 464-1111
Email: dbitner@kkclegal.com
*Attorney for Wexford of Indiana, LLC*

*/s/ Mark W. Sniderman*
Mark W. Sniderman, Attorney No. 26599-49
FINDLING PARK CONYERS WOODY & SNIDERMAN, PC

/s/ Jonathan P. Nagy
Jonathan P. Nagy, Attorney No. 20975-49
INDIANA ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I certify that on **March 28, 2019**, a copy of the foregoing *Stipulation for Dismissal* was filed electronically using the Indiana E-Filing System (IEFS). Notice of this filing was served upon the following person(s) via the IEFS:

| | |
|---|---|
| Mark W. Sniderman<br>FINDLING PARK CONYERS<br>WOODY & SNIDERMAN, PC<br>msniderman@findlingpark.com | Carrie L. Kinsella<br>JACKSON LEWIS P.C.<br>carrie.kinsella@jacksonlewis.com |
| Robert A. Katz<br>IU McKINNEY SCHOOL OF LAW<br>rokatz@iu.edu | Jessica L. Liss<br>JACKSON LEWIS P.C.<br>jessica.liss@jacksonlewis.com |
| Aleksandrina P. Pratt<br>INDIANA ATTORNEY GENERAL<br>aleksandrina.pratt@atg.in.gov | Melissa K. Taft<br>JACKSON LEWIS P.C.<br>melissa.taft@jacksonlewis.com |
| Benjamin M. Jones<br>INDIANA ATTORNEY GENERAL<br>benjamin.jones@atg.in.gov | Scott James Preston<br>JACKSON LEWIS P.C.<br>scott.preston@jacksonlweis.com |
| Jonathan P. Nagy<br>INDIANA ATTORNEY GENERAL<br>jonathan.nagy@atg.in.gov | William R. Lunsford<br>MAYNARD COOPER & GALE PC<br>blunsford@maynardcooper.com |
| Kelly S. Thompson<br>INDIANA ATTORNEY GENERAL<br>kelly.thompson@atg.in.gov | Jarrod A. Malone<br>KATZ KORIN CUNNINGHAM, PC<br>jmalone@kkclegal.com |

/s/ Douglass R. Bitner
Douglass R. Bitner