IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, <br> CHARLES SMITH and DOUGLAS SMITH, <br> individually, and on behalf of those <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT E. CARTER, JR., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 1:17-cv-289-JMS-MJD <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTATION OF RECORD

Plaintiffs, Michael Ray Stafford, Charles Smith, and Douglas Smith, individually, and class members, by counsel, hereby supplement the record with examples of treatment plans, pursuant to this Court's order. [Filing No. 209 at 2.]

1.  Plaintiffs have reviewed State Defendants' Supplementation of the Record [Filing No. 226]. With respect to the settlement agreements in *Chimenti v. Pennsylvania DOC*, 2:15-cv-03333-JP, United States District Court for the Eastern District of Pennsylvania, and *Aragon v. Raemisch*, 1:17-cv-01744, United States District Court for the District of Colorado, Plaintiffs contend that, notwithstanding any other term in those settlements and because of the terms of those settlements, the plaintiffs in those actions reasonably expect universal treatment for all inmates with chronic HCV, no matter their fibrosis level, by June 2022.

2.  In addition to materials previously filed by the parties, Plaintiffs also supplement the record with, and designate, the following exhibits, regarding the *Chimenti* and *Aragon* cases:

a.  "ACLU and Colorado Department of Corrections Reach Historic Settlement to Treat all Colorado Prisoners with Hepatitis C," September 12, 2018 (available at https://www.aclu.org/news/aclu-and-colorado-department-corrections-reach-historic-settlement-treat-all-colorado-prisoners, last accessed April 16, 2019, and attached as Exhibit 2).

b.  "Colorado Approves $41 million Settlement to Treat 2,200 Prisoners with chronic Hepatitis C," Blair Miller, *TheDenverChannel.com*, September 12, 2018, updated September 13, 2018 (available at https://www.thedenverchannel.com/news/politics/colorado-approves-41-million-settlement-to-treat-2-200-prisoners-with-chronic-hepatitis-c, last accessed April 16, 2019, and attached as Exhibit 2).

c.  "5,000 Inmates with Hepatitis C Sued Pa. Prisons. Now, They're on Their Way to Getting Treatment," Samantha Melamed, *philly.com*, updated November 20, 2018 (available at https://www.philly.com/philly/news/hepatitis-c-prison-treatment-pennsylvania-department-corrections-david-rudovsky-settlement-20181119.html, last accessed April 16, 2019, and attached as Exhibit 3).

d.  "PA DOC Agrees to Treat All Inmates with Hepatitis C," *Kairys, Rudovsky, Messing, Feinberg & Lin*, November 20, 2018 (available at https://www.krlawphila.com/pa-doc-agrees-to-treat-all-inmates-with-hepatitis-c/, last accessed April 16, 2019, and attached as Exhibit 4).

e.  "Pa. Department of Corrections to Provide Costly Hepatitis C Treatment to Nearly 5,000 Inmates," Bobby Allyn, WHYY.org, November 19, 2018 (available at https://whyy.org/articles/pa-department-of-corrections-to-provide-costly-hepatitis-c-treatment-to-nearly-5000-inmates/, last accessed April 16, 2019, and attached as Exhibit 5).

3.  Finally, Plaintiffs are aware of a settlement agreement in *Fowler, et al. v. Turco, et al.*, 1:15-CV-12298-NMG, United States District Court for the District of Massachusetts, settlement agreement approved on June 29, 2018.  In this similar class action, defendant Massachusetts prison officials agreed to:

a.  Treat all inmates with fibrosis $\geq$ F2, or APRI $\geq$ 1.0 within 18

2

months.

b.      After the initial 18-month period, any inmate who progressed to $\geq$

F3, would be treated within 3 months; APRI $\geq$ 1.5 within 6

months; and APRI $\geq$ 1.0 (or any F2) within 12 months.

c.      Inmates who do not qualify for treatment are restaged every six

months.

WHEREFORE, Plaintiffs, by counsel provide their notice of supplementation of record.

Respectfully submitted,

FINDLING PARK CONYERS WOODY
 & SNIDERMAN, PC

*s/ Mark W. Sniderman*
Mark W. Sniderman

*One of the Attorneys for Plaintiffs*

FINDLING PARK CONYERS WOODY & SNIDERMAN, PC
151 N. Delaware St., Ste. 151
Indianapolis, IN  46204
(317) 231-1100 T
(317) 231-1106 F
msniderman@findlingpark.com