UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, *et al.* <br>       Plaintiffs, <br><br> v. <br><br> ROBERT E. CARTER, Jr., *et al.* <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:17-cv-00289-JMS-MJD <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR CONTINUANCE
OF THE REMEDY HEARING HEARING**

The parties to this lawsuit, by their respective counsel and pursuant to SD-IN Local Rule 16-3, hereby move the Court for a continuance of the Remedy Hearing scheduled to begin on April 29, 2019 at 9:30 a.m., and further request that this matter be referred to the magistrate for a settlement conference.

In support, the parties state the following.

1. The Court has ruled on the merits of the Eighth Amendment claim asserted by the plaintiff class, finding that the IDOC's failure to provide DAAs to all offenders with chronic HCV constitutes a violation of the Eighth Amendment, and modified the class definition to include all current and future prisoners in IDOC custody who have been diagnosed, or will be diagnosed, with chronic HCV, and for whom treatment with DAA medication is not medically contraindicated. (dkt. 186.)

2. Thereafter, and by order dated January 18, 2019, this case was set for a remedy hearing, to begin on Monday, April 29, 2019. (dkt. 207.)

3. In the interim, the parties have engaged in settlement negotiations, culminating in the defendants' recent presentation to plaintiffs of its revised Health Care Services Directive 3.09, entitled "Management of Hepatitis C" (the "Directive").

4. The presentation of the Directive to plaintiffs, and the subsequent and ongoing discussions between the parties, are the catalysts for this Motion. The parties agree that as of April 23, 2019 the discussions have progressed to the point where there is a reasonable chance of a negotiated resolution of the remaining issues.

5. The parties further agree that a settlement conference with the presiding magistrate is both desirable and in the best interests of the parties, as the direct participation of the magistrate increases the likelihood of a negotiated resolution.

6. Given the above, the parties respectfully request that the April 29, 2019 hearing be temporarily continued. The parties further request that this case be referred to the presiding magistrate for scheduling of a settlement conference.

WHEREFORE, the parties respectfully request that the Court continue the Remedy Hearing scheduled to begin on April 29, 2019 at 9:30 a.m. to a time convenient among the Court, plaintiffs, and defendants.

Respectfully submitted,


By: */s/ Mark Sniderman* | By: */s/ Jonathan P. Nagy*
Mark Sniderman | Jonathan P. Nagy
FINDLING PARK CONYERS WOODY | OFFICE OF THE INDIANA ATTORNEY GENERAL
& SNIDERMAN, PC | IGCS, 5th Floor
151 N. Delaware St., Ste. 151 | 302 West Washington Street
Indianapolis, IN 46204 | Indianapolis, IN 46204-2770
Telephone: (317) 231-1100 | Telephone: (317) 233-8296
Facsimile: (317) 231-1106 | Facsimile: (317) 232-7979
E-mail: msniderman@findlingpark.com | E-mail: Jonathan.Nagy@atg.in.gov
*One of the Attorneys for Plaintiffs* | *Attorney for Defendants*

3