

| | State of Indiana<br>Indiana Department of Correction | Effective Date<br><br>**DRAFT** | Page<br><br>1 | Number<br><br>3.09 |
|---|---|---|---|---|

**HEALTH CARE SERVICES DIRECTIVE-ADULT**
Manual of Policies and Procedures

Title
**MANAGEMENT OF HEPATITIS C**

| Legal References<br>(includes but is not limited to)<br><br>Indiana Code:<br>11-8-2-5    11-8-5-2    11-10-1-2<br>11-10-2-4   11-10-3-1   11-10-8-2<br>11-10-8-5   11-10-9-2   11-10-10-2<br>11-11-5-4   11-11-6-2 | Related Policies/Procedures<br>(includes but is not limited to)<br><br>01-02-101 | Other References<br>(includes but is not limited to)<br><br>ACA Health Care Standards |
|---|---|---|

I.  PURPOSE:

The purpose of this Health Care Services Directive (HCSD) is to provide information and guidlines concerning the management of Hepatitis C Virus (HCV) infections.

II. GUIDELINES:

A. General Information

HCV is the most common chronic bloodborne viral infection in the United States and correctional facilities have a disproporionate number of infected individuals.  Within the Department, approximately 15-20% off arriving offenders at Intake are HCV-Antibody positive.

HCV is spread primarily by contact wih infected blood and blood products from a person infected with HCV.  Blood transfusions and shared drug paraphernalia have been identified as the main routes of the spread of HCV in the United States.  Other common risk factors include receiving a blood transfusion prior June 1992, receiving clotting factor concentrates before 1987, hemodialysis, birth to an HCV-infected mother, tattooing and suffering a needle-stick accident from a person with HCV. There is a slightly increased risk of transmission of HCV through sexual contact.  However, some individuals who acquire HCV have no known risk factors.

Hepatitis C Virus can be acute or chronic.

EXHIBIT A

| | | | |
|---|---|---|---|
| **HEALTH CARE SERVICES DIRECTIVE-ADULT** <br> Indiana Department of Correction <br> **Manual of Policies and Procedures** ||||
| Number <br> 3.09 | Effective Date <br> **DRAFT** | Page <br> 2 | Total Pages <br> 7 |
| Title <br> **MANAGEMENT OF HEPATITIS C** ||||

Acute HCV can present clinically with a discrete onset of fever, headache, malaise, anorexia, nausea, vomiting, diarrhea, and/or abdominal pain; AND
(a) jaundice, OR
(b) a peak elevated serum alanine aminotransferase (ALT) level >200 IU/L during the period of acute illness.

Laboratory Criteria for Acute HCV Diagnosis includes a positive test for antibodies to hepatitis C virus (anti-HCV). Hepatitis C virus detection tests could also be utilized e.g Nucleic acid test (NAT) for HCV RNA positive (including qualitative, quantitative or genotype testing).

In April 2019, the Center for Disease Control reported approximately 15-25% of patients, who initially test positive for anibodies to hepatitis C virus, will clear the virus spontaneously. In at least two-thirds of patients who spontaneously clear acute HCV infection, this occurs within 6 months of the estimated time of infection. Only 11% of those who remain viremic at 6 months will spontaneously clear the infection at a later time. Thus, detectable HCV RNA at 6 months after the time of infection may signify chronic HCV. Once established the chronic infection rarely resolves spontaneously. The clinical course of HCV varies greatly; some individuals have no signs or symptoms and normal levels of serum enzymes, some have mild to moderate elevations in liver enzymes with an uncertain prognosis, and some have severe disease with symptoms, high viral load, and elevated serum enzymes.

Chronic HCV treatment can be accomplished with antiviral medications (interferon, pefinterferon, ribavirin or any HCV direct-acting antiviral agents). Antiviral medication regimen choice should be determined based on patient-specific data, including drug-drug interactions. Patients receiving antiviral therapy require careful pretreatment assessment for comorbidities that may influence treatment response. All patients require careful monitoring during treatment.

Another component of treatment for patients with HCV is substance use treatment. In accordance with HCSD 4.03, "Addiction Recovery Services", offenders newly diagnosed with Hepatitis C (that is, the diagnosis was made after the offender was committed to the Department) or being treated for Hepatitis C shall be referred for substance abuse assessment by Unit Team personnel in **all** cases.

EXHIBIT A

| **HEALTH CARE SERVICES DIRECTIVE-ADULT** | | | |
|---|---|---|---|
| Indiana Department of Correction<br>**Manual of Policies and Procedures** | | | |
| Number<br>3.09 | Effective Date<br>DRAFT | Page<br>3 | Total Pages<br>7 |
| Title<br>**MANAGEMENT OF HEPATITIS C** | | | |

  B. Screening for HCV Infection

    In accordance with the provisions of Health Care Services Directive 2.03, "Reception Screening", after an offender arrives at an intake site, the offender must complete the 2 page Offender health History, State Form 45999. This is a directed screening history designed to identify serious health conditions, and to provide staff with information that will be useful in managing and anticipating serious health conditions. The health history should be completed after the Point of Entry screening and prior to or during the Arrival Health Screening completed with medical staff.

    All incoming and returning offenders shall have mandatory Hepatitis C antibody testing completed in accordance with State statute.

    Initial testing with an HCV RNA test is recommended for cases with a known prior positive HCV Ab if they are at risk for reinfection or suspected of reinfection, and if they previously cleared the HCV spontaneously or achieved a sustained virologic response with treatment.

    Offenders who decline testing at the baseline visit, should be counseled about and offered HCV testing during periodic preventive health visits. A treatment refusal form must be completed for every testing and treatment refusal.

  C. Baseline Evaluation

    Initial evaluation of anti-HCV positive offenders shall include, but is not limited to the following:
    (a) a baseline history and physical examination within the first 90 days with emphasis on evaluation for other possible causes of liver disease and inquiry regarding prior treatment for HCV infection
    (b) baseline lab tests within the first 90 days
    (c) assessed regarding the need for preventive health interventions such as vaccines and screenings for other conditions
    (d) counseled with information on HCV infection
    (e) enrollment in chronic care clinic
    (f) attempt to estimate the earliest possible date of infection, including when risk factors for exposures started and stopped

    New HCV diagnoses will be reported to authorities at Indiana State Department of Health.

EXHIBIT A

| | | | |
|---|---|---|---|
| **HEALTH CARE SERVICES DIRECTIVE-ADULT** ||||
| Indiana Department of Correction ||||
| **Manual of Policies and Procedures** ||||
| Number  3.09 | Effective Date  **DRAFT** | Page  4 | Total Pages  7 |
| Title **MANAGEMENT OF HEPATITIS C** ||||

D. Management of HCV

All infected patients, regardless of liver inflammation, shall be counseled regarding HCV disease. This counseling shall include information on HCV infection, transmissin, avoiding transmission, the nature of the HCV disease and its long-term sequelae, and the pros and cons of the treatment for HCV disease.

All patients with HCV disease shall be offered vaccination against Hepatitis B and Hepatitis A, unless previous infection or vaccination has been documented, or the attending physician believes that vaccination is unecessary or contraindicated. All patients with HCV disease shall be offered vaccination against pneumococcus once, and against influenza annually.

Informed consent for treatment must be obtained prior to initiating treatment in accordance with Health Care Services Directive 1.30, "Consent and Refusal."

1. Acute Hepatitis C Treatment

This section provides guidance on the diagnosis and medical management of acute HCV infection, which is defined as presenting within 6 months of the exposure.
- Counseling is recommended for patients with acute HCV infection to avoid hepatotoxic insults, including hepatotoxic drugs (eg, acetaminophen) and alcohol consumption, and to reduce the risk of HCV transmission to others.
- A referral to addictions recovery services shall be completed.
- Regular clinical monitoring, including routine laboratory testing, is recommended in the setting of acute HCV infection for 6 months to determine spontaneous clearance versus persistence of HCV infection.
    - Laboratory monitoring should continue until the ALT level normalizes and HCV RNA becomes repeatedly undetectable, suggesting spontaneous resolution. If this does not occur, frequency of laboratory monitoring for patients with persistently detectable HCV RNA and elevated ALT levels should follow recommendations for monitoring patients with chronic HCV infection, as outlined below.

2. Chronic Hepatitis C Treatment

**All sentenced offenders with chronic HCV infection are eligible for consideration of antiviral treatment.** Certain cases are at higher risk for complications or disease progression and may require more urgent consideration for treatment. The IDOC has

EXHIBIT A

| | | | |
|---|---|---|---|
| **HEALTH CARE SERVICES DIRECTIVE-ADULT** <br> Indiana Department of Correction <br> **Manual of Policies and Procedures** ||||
| Number <br> 3.09 | Effective Date <br> **DRAFT** | Page <br> 5 | Total Pages <br> 7 |
| Title <br> **MANAGEMENT OF HEPATITIS C** ||||

established a framework to ensure that offenders with the greatest need are identified and treated.

> **Treatment Group One:**
> Patients in group are considered the most clinically ill and require urgent consideration for treatment, including antiviral medications. Patients in group one would have at least one or more of the following:
> - Advanced Hepatic Fibrosis
>   - APRI ≥ 1.5, or
>   - Metavir or Batts/Ludwig stage 3 or 4 on liver biopsy or as indicated by transient elastography, or
>   - Known or suspected cirrhosis
> - Liver Transplant Recipients
> - Hepatocellular Carcinoma (HCC)
> - Comorbid Medical Conditions Associated with HCV, including:
>   - Cryoglobulinemia with renal disease or vasculitis
>   - Certain types of lymphomas or hematologic malignancies
>   - Porphyria cutanea tarda
> - Immunosuppressant Medication for a Comorbid Medical Condition
>   - Some immusuppressant medications (e.g., certain chemotherapy agents and tumor necrosisfactor inhibitors) may be needed to treat a comorbid medical condition, but are not recommended for use when infection is present. Although data are insufficient and current guidelines are inconsistent regarding treatment of HCV infection in this setting, such cases will be considered for prioritized treatment of HCV on an individual basis.
> - Continuity of care for those already started on antiviral treatment, including offenders who are newly incarcerated in the IDOC.

Recommended treatment for patients in group one includes antiviral medications to treat chronic HCV and an addictions recovery services referral. Patients in group one shall be seen at minimum every 30 days in chronic care clinic, unless otherwise clinically determined. A targeted history and physical examination to evaluate for signs and symptoms of liver disease shall be completed each visit. Labs will be obtained at least every 30 days for monitoring purposes.

**Treatment Group Two**
Offenders in group two have been identified as being at increased risk for liver disease, yet stable. This group requires prompt consideration for treatment, including antiviral medications. Offenders in group two would have one or more of the following, yet not have any of the clinical indicators listed in group one:
- Evidence for Progressive Fibrosis:
  - APRI score ≥ 0.7

| HEALTH CARE SERVICES DIRECTIVE-ADULT | | | |
|---|---|---|---|
| Indiana Department of Correction<br>**Manual of Policies and Procedures** | | | |
| Number<br>3.09 | Effective Date<br>DRAFT | Page<br>6 | Total Pages<br>7 |
| Title<br>**MANAGEMENT OF HEPATITIS C** | | | |

- o Stage 2 fibrosis on liver biopsy or as indicated by transient elastography
- Comorbid medical conditions associated with more rapid progression of fibrosis:
  - o Coinfection with HBV or HIV
  - o Comorbid liver diseases (e.g., autoimmune hepatitis, hemochromatosis, fatty infiltration of the liver, steatohepatitis)
  - o Diabetes mellitus
- Chronic Kidney Disease (CKD) with GFR $\leq$ 59 mL/min per 1.73 m2
- Birth Cohort 1945–1965

Recommended treatment for patients in group two includes antiviral medications to treat chronic HCV and an addictions recovery services referral. Patients in group two shall be seen at minimum every 90 days in chronic care clinic, unless otherwise clinically determined. A targeted history and physical examination to evaluate for signs and symptoms of liver disease shall be completed each visit. Labs will be obtained at least every 90 days for monitoring purposes.

**Treatment Group Three**
Offenders in group three have been identified as being at a lower risk for liver disease. This group requires consideration for treatment, including antiviral medications. Offenders in group three would have one or more of the following, yet not have any of the clinical indicators listed in groups one or two:

- Stage 0 to stage 1 fibrosis on liver biopsy or as indicated by transient elastography
- APRI < 0.7
- All other cases of HCV infection meeting the eligibility criteria for treatment, as noted below under *Other Criteria for Treatment*

Recommended treatment for patients in group three includes consideration for antiviral medications to treat chronic HCV and an addictions recovery services referral. Patients in group three shall be seen at minimum every 90 days in chronic care clinic, unless otherwise clinically determined. A targeted history and physical examination to evaluate for signs and symptoms of liver disease shall be completed each visit. Labs will be obtained at least every 90 days for monitoring purposes.

**Other Criteria for Treatment**
In addition to the above groups, HCV infected offenders being considered for treatment with antiviral medications should:
- Have no contraindications to, or signicifant drug interactions with, any component of the treatment regimen.
- Not be pregnant, especially for any regimen that would require ribavirin or interferon.

EXHIBIT A

| | | | |
|---|---|---|---|
| **HEALTH CARE SERVICES DIRECTIVE-ADULT** <br> Indiana Department of Correction <br> **Manual of Policies and Procedures** | | | |
| Number <br> 3.09 | Effective Date <br> **DRAFT** | Page <br> 7 | Total Pages <br> 7 |
| Title <br> **MANAGEMENT OF HEPATITIS C** | | | |

- Have sufficient time remaining on their sentence in the IDOC to complete a course of treatment.
    - Offenders in group one, but insufficient time remaining in IDOC custody, may be considered for treatment if they will have access to antiviral medications and health care providers for continuity of care at the time of release.
- Have a life expectancy > 18 months.
- Demonstrate a willingness and an ability to adhere to a rigorous treatment regimen and to abstain from high-risk activities while incarcerated.
- Offenders with evidence for ongoing high-risk behaviors, e.g., injection drug use, are considered for HCV treatment on an individual basis. Referral for evaluation and treatment of addiction recovery services will be completed.

Treatment of HCV will be based on clinical indication. At anytime an offender can be moved up from one group based on the attending physicians individualized treatment plan for the offender.

Upon release of an offender from IDOC custody, the Medicaid Processing Unit as part of the Re-Entry division, will process electronic Medicaid applications prior to release from the department. The Medicaid provider will be responsible for connecting releasing offenders with community based resources to include offenders with HCV.

E.  End Stage Liver Disease

Offenders in end stage liver disease secondary to HCV shall be provided with off-site consultation with a hepatologist or GI specialist for recommendations. If a liver transplant is recommended, the offender shall be referred to the appropriate off-site provider.

III.  APPLICABILITY:

This HCSD is applicable to all facilities providing Health Services to adult offenders.

_____         _____
Chief Medical Officer                                       Date

EXHIBIT A