N

In re;
In rem;
Ex-rel State of Indiana
In rem James Wilson
In rem Estates
In rem Municipality
In rem municipalities
In rem Straw-man

IN THE United States District Court
Southern District of Indiana
Indianapolis Division

Case No: JMS MJD
1:17 CV 00289

-VS- Jonathan P Nagy v. Mark W Spiderman
Municipality -v- Robert E Carter Jr et.al -v- Jordan M Strover
municipalities v- michael Ray stafford v- Lqubov Gore
Strawman V Charles Smith and Douglas Smith v- Attorney General
Estate -v- Individually, and on behalf v- Robert Katz
of those similarly situated
V McKinney School of law -v- INDIANA university Robert H

FRCVP 12(b)

NON-PartY MOTION TO QUASH How Presented Process U.S. Dist Court of Service under Indiana Circuit, Superior, Supreme, Appeal Tax

Thus being a dismissal matter has been barred and for against another James G Wilson, D.O.B Oct 2 1973 for the record in the record James G Wilson D.O.B Oct 2, 1971 or for the record read in the record Jamie M Wilson D.O.B June 1, 1981

1. Thus being a dismissal matter has been barred and for against This complaint is made for each party each enity to answer their superior at which Aministration personnel deportment presents as to personal Knowledge is with superior Courts to cure jurisdiction

its therefor·

• Party named James G Wilson D.O.B Oct 2, 1973 As note and confirm by Master Commissioner and Judge shetia Carlisle Exhibits or Items    signture

• See affeative Service of process for being November 15, and 17, 2011

• James G. Wilson or meaning Prisoner at Indiana Dept. of Corr #139229 Granted to Leave to proceed and proceeded with leave to process by Court Order fest-N-speedy Granted November 17, 2011

1

date

2. As proper truth as counsel court acknowledge plaintiff James G. Wilson or meaning Prisioner at Indiana Dept of Corr No. #139229 Granted Attorney status December 12, 14, 21, 2011 master Order

- The respondent or defendant et.al ineffective on cause matter of fundamental, to being: A basic principle rule, law to fundamentalism

and
- Summon upon Marion county Indiana Circuit Superior Courts
- Summon upon Clerk Correction
- Summon upon U.S. Justices Orginal Order
- Summon upon U.S. Attorney General Settlement Correspondences
- Summon upon U.S. House and Senate Settlement Correspondences
- Summon upon U.S. Hot doc's et al etc...
- Summon upon U.S. Title To The State of Indiana
- Summon upon U.S. Title To The United States
- Summon Upon U.S. Title To the United States Sentencing Commission order
- Summon upon U.S. Chair and parties United States appropriation committee

To: Request Subpoena below Three hunred and sixthy degress et.al. parties who has a key stroke to any and all efferds to defraud the United States and higher prowers that bee parties to this cause of action

Marion County Indiana Courts Indiana department of Correction
Sentencing Orders 49G021111FA080777 and 49G0211O2FD011532
Appeal Courts of Indiana 49A021409CR000647 and 49A021604CR000869
Supreme Court of Indiana 49S001308OR000537 and 49S001611OR000638
Tax Circuit Court Indiana 49D021605MI015905 Appeal 49

2

Request Standing and Summon to each individual entity officer by pizza rule of law with Subpoena powers

- Title provides James Wilson State of Indiana ex-rel Now Attorney General and Chief

- Ultimately against Marion County Indiana Court, who has honorably Assessment Intentionally Retain and Granted (novel) Ambassadors, THE, James Wilson D.O.B Oct 2, 1973

- Now move to Strike unauthorize cause No. below named party In these actions short cause 1108OIII and 1808OIII. 11011532 Alais No. # 641410 Jail Id at - 49 James Walter file May 14, 2014 Keith John Jail Id at - 49 12.012843 record for July 25, 2012 Phone Nos Kim 574-737-3728 Fax 574 737-3904 IN THE United State Southern District Court 1:17 cv 289 JMS MJD

Wherefor James Wilson #139229 #438847 #15557 #2016IN00551 A NON-parties Lawyer... request that This Court Approve And Grant Order Decree As to Withdrew In re James Wilson #139229 In re Ex-rel State of Indiana In rem Estates In rem Straw-man In rem Municipality In rem Municipalities et.al. As to reason for Non joinder end of Justice

IN case Plaintiff: Michael Rey Stafford Chargles Smith and Douglas Smith individually, and on behalf of those similarly situated vs. Robert E Carter Jr, et al. Case No. 1:17 cv 289 JMS-MJD

3

**WHEREFORE**, JAMES G WILSON, Defendant, *Pro Se*, respectfully requests this Honorable Court to enter an order dismissing the plaintiff's Complaint for failure to state a ~~claim~~ real-party upon which relief can be granted; and order any and all other relief the Court may deem just and proper within the premises.

*James G Wilson* D.O.B 10/2/1973

Defendant, Pro Se 438847-49

May 1 2019 Retain

Month Day Year
Date 9 / 2019
9 / 2019
9 / 1 2019

FILED

SEP 04 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

TO Attorneys or Attorneys firm
Please Note Misjoinder of Parties

Non-Partys Reply IN SUPPORT OF MOTION TO QUASH How Presented Process of Service of Process under Indiana Circuit Superior Supreme Appeal Tax Motion to dismissal of Action of Context at Marion County Indiana Courts for U.S. Southern District Court case no 1:17 cv 289 JMS MJD

Indiana brief respond As to cause No.s forthwith IN reference James Wilson pro-se retain approx. 2016 IN 00551 No.s Address United States Court of Appeals and Federal Claims Court

- In his complaint his amended demand Now plaintiff action on law that rule-axiomatic and is that noting all server's be place back to the rightful offical or Office

- On law and Order pending gaining forward to the United States of America all rites be granted by higher office or officers under color of federal/state Laws

- Shall these Aver a new federal rules of civil Procedure Request Judgement Cost Clerk one day Notice

- In reference Substance Grand Jury December 12, 14, 21, of 2011 master appointment see exhibit

  Magistrate
  Judge
  Justice
  Preamble

all the way down Created a mandate see Equity rules 61 61½ 66 67 and 49 Morion county Indiana Note to subdiv. (e),(d) Amendment 1966 Error of Claim action reversing note - pre - 28 U.S.C §51 §52 §53 §54

Complaint orginal action Supreme Court Indiana Included Knot for with all allegations numerous interduces Accused Anew each cause of Action- See Indiana Pro-se Retain nos 2/388247-49 Cause NO document Orginal Action file Stamp December 14, 2011 Granted December 21, 2011 49F091102FD011532 seprate to 49G031111FA080777

Illegal action to 28 U.S.C §2513 unjust conviction merits points to Statute of limitation and barred failure to join and So. by prior prosecution

2  As to Orginal Order dismiss with prejudice's request this court secondary Aver "Charge" in the United States Circuit Court of Appeals for the Seventh Circuit set aside. Judge Shelia Carlisle fraud or mistake Recusal charge 49G031102FD011532. Remand to Supreme Court Identification of Short cause 1102FD011532 See Seven and Serval Correction subject attachment for contempt

- Remand and Reverse Indiana Supreme Court ruling on Cause Nos 49A02/409CR000647  49S00/308OR000537  49S0016/10R000638

- Supreme and Court of Appeal of Indiana Cause NO 49A02/409CR000647 and 49A021604 CR 869

5

- Marion County Court Indiana Superior Court Indiana
49G02160IPC000822
Indiana Circuit Court of Appeal and Tax 49D021605MI015905
49A MT1255    49S SJ000045

- Remand from U.S. District Courts for lack of Jurisdiction of Court herein Quash Order Granted on this motion release Bail, Federal Breau Investigation Correct Order

- Defendant record Sentencing conviction and Verdit 1st and that the matters and Averment therein "allowance" be made and all others just and proper relief as required and at the out-set

This matter was Approve In Attach. Form of The Administrative Court being Granted on April 29, 2019
Wherefore It is Ordered ADJUDGED and Decreed That Misjoinder and Non-Joinder of Parties be of Order own terms be separately Final Misjoinder of parties To Above Claim or Case

6

## CERTIFICATE OF SERVICE

I, James G Wilson, hereby certify that a true and correct copy of the foregoing Motion to Dismiss for Failure to State a Claim upon Which Relief can be Granted was served upon the Office of the Prosecutor for Marion County, Indiana, Indiana; this ~~28~~ day of Sept 2, 20~~18~~; by placing the same in the United States Mail, first-class, postage prepaid.

May 1, 2019

James G Wilson
Defendant Pro-se Retain 438847-49