UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RAY STAFFORD, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:17-cv-00289-JMS-MJD |
| ROBERT E. CARTER, JR., et al. | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT and dismisses this action WITHOUT PREJUDICE, subject to reinstatement by plaintiffs or class members pursuant to the terms of the parties' private settlement agreement.

Date: 1/2/2020

*[Signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Electronically-Registered Counsel

1